UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY BILEK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONGRESS OF EMPLOYERS, INC., NATIONAL BENEFIT BUILDERS, INC., ACCESSONE CONSUMER HEALTH, INC., HEALTH ADVISORS OF AMERICA, INC. d/b/a ENROLLMENT CENTER OF AMERICA and HAPPYHEALTHPLANS.COM, MICHAEL SMITH, ZACHARY COX, SEAN DUFFIE, BENEFITS MATTER INC., ANN FILS and DOES 1-10,<br><br>Defendants. | Case No.: 1:18-cv-03083 |

**DEFENDANT NATIONAL CONGRESS OF EMPLOYERS, INC.'S, AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES**

NOW COMES defendant, NATIONAL CONGRESS OF EMPLOYERS, INC., ("NCE") by and through its attorneys, LEWIS BRISBOIS BRISGAARD & SMITH LLP and GENOVA BURNS LLC, and for its answers to plaintiff Mary Bilek's ("Plaintiff") Interrogatories, states the following. Please take notice that NCE reserves the right to amend and/or supplement these objections and answers during its continuing investigation and the ongoing course of discovery. Additionally, any document attached or referenced hereto is not to be considered an adoptive admission of any fact/opinion contained therein, nor is the attachment/reference a certification or affirmation of the truth or accuracy of any facts/opinions contained therein.

1

1. Identify any and all entities, affiliates, vendors, employees, or other persons that took part in any communication with Plaintiff or [Plaintiff's Number].

*Response:* Objection, this interrogatory is vague and overly broad. Without waiving said objection, NCE does not make any telemarketing calls and nor was it responsible for any contact with the plaintiff or the phone number associated with her. Further answering, NCE did not contract with any party to telemarket Plaintiff.

*Amended Response:* **NCE states: NCE does not make any telemarketing calls and is did not communicate with Plaintiff or [Plaintiff's Number]. NCE is unaware of the identity of any entities, affiliates, vendors or other persons that took part in any communication with Plaintiff or [Plaintiff's Number], except as alleged by Plaintiff in its Complaint.**

2. Explain your relationship with any entity(ies) that offers health care discount programs. Include for example Access One Consumer Health, NCE Rx Card, NCE Premier Plus NCE DentaChoice Program, and National Benefit Builders, Inc. ("NBBI").

*Response:* Objection, this interrogatory is vague. Without waiving said objection, NCE does not solicit, nor does it participate in the sale or solicitation of insurance or discounted medical benefits. Further answering, NCE RX Card, NCE Premier Plus, NCE DentaChoice are not entities, but are brandings of insured and discount programs available to NCE members. Access One is the Discount Medical Provider Organization contracted with NBBI. NBBI is a wholesaler of discounted medical and lifestyle programs. NCE has a contract with NBBI to offer its discounted medical benefits to its membership.

*Amended Response:* **NCE states: NCE does not solicit, nor does it participate in the sale or solicitation of insurance or discounted medical benefits. Further answering, NCE Rx Card, NCE Premier Plus and NCE DentaChoice are not entities, but are brandings of insured and discount programs available to NCE members, and so are not entities that offer health care discount programs. NCE does not have a contractual relationship with AccessOne, which upon information and belief is a licensed discount medical provider organization contracted with National Benefit Builders, Inc. ("NBBI"). NBBI is upon information and belief a wholesaler of discount and medical lifestyle programs, and contracts with NCE to offer its discounted medical benefits to NCE's**

2

**membership. NCE does not have any other relationships with entities that offer health care discount programs as it relates to this matter.**

3. Identify and explain all goods and services that you or your partners or affiliates directly or indirectly offer. Include for example those offered through "NCE Premier," "NCE Premier Platinum Plus" "Access One Consumer Health" and "National Benefit Builders, Inc." discount programs.

*Response:* Objection, this interrogatory is overly broad and calls for speculation, as the information sought is in the possession of third-parties. Without waiving said objections, NCE is an association focused primarily on political advocacy, education and service. NCE association members can obtain insurance benefits as part of their respective memberships. NCE does not obtain any profit from member participation in any insurance programs.

*Amended Response:* **NCE states: NCE is an association focused primarily on political advocacy, education and service. NCE association members can obtain insurance benefits and/or discount healthcare benefits as part of their respective memberships. NCE does not obtain any profit from member participation in any insurance or discount medical programs. NCE does not offer any goods and services directly or indirectly with partners or affiliates. NCE offers membership, and once enrolled, the member is entitled to obtain certain benefits and/or short-term medical plans, including membership benefits such as NCE GapAfford Plus, the Aetna Dental Access Network, the Outlook Vision Network, Prescription Discount Benefits, and Pet Rx.**

4. Identify all third parties through which you, NCE Premier, NCE Premier Platinum Plus, National Benefit Builders, Inc., or any affiliate thereof obtains marketing leads.

*Response:* Objection, this interrogatory is vague. Without waiving said objections, NCE Premier and Premier Platinum Plus are brand names for discounted programs. National Benefit Builders is a wholesaler and, to the best of our knowledge, has no direct sales and/or at least no sales that involve NCE. Further answering, NCE plays no role in the sale or solicitation process, does not obtain marketing leads and does not make any, nor directs and part to make, any outbound calls with the general public.

3

*Amended Response:* **NCE states: NCE Premier and Premier Platinum Plus are brand names for discounted programs and so do not obtain marketing leads. Upon information and belief, NBBI is a wholesaler that has no direct sales, or at least no direct sales that involve NCE, and so does not obtain marketing leads. NCE plays no role in the sale or solicitation process, does not obtain marketing leads, and does not make any, nor directs any party to make, any outbound calls with the general public. For a more detailed explanation of the structure through which third parties with no privity to NCE obtain marketing leads, see response to Interrogatory Number 5.**

5. Explain how business has been generated for "NCE Premier" or the "NCE Premier Platinum Plus Discount Medical Program," including any third parties used and in what capacity, and the methods employed (direct mail marketing, telemarketing, etc.).

*Response:* Objection, this interrogatory is overly broad and vague. Further, the interrogatory seeks speculation on the part of NCE. Without waiving said objection, NCE lacks specific information of what transpired with Plaintiffs allegations, but answering generally as to how members can participate in the association's group insurance plan as follows: NCE membership obtained through agents. NCE has appointed a licensed Broker of Record to obtain and manage its insured and discounted member benefit programs. NCE is the group policy holder and its members can obtain insurance from the group policy. The Broker of Record contracts with licensed Program Managing Entities ("PME"). These Program Managers contract with a licensed Third-Party Administrators for the collection of premium and fees and with Managing General Agencies ("MGA's") to generate membership enrollments. The MGA's contract with Agencies and those Agencies contract with Agents. Those Agencies and Agent's would be responsible for obtaining their own marketing data. While we have no firsthand knowledge of the specifics of this instance, upon information and belief, all PME's and MGA's contractually require strict adherence to all Federal, State and Local law with regard to telemarketing when an agent contracts with a lead vendor.

*Amended Response:* **NCE states: NCE lacks specific information regarding Plaintiff's allegations, but answers generally as to how members can participate in the association's group plan as follows: NCE membership is obtained through agents. NCE has appointed a licensed Broker of Record, Group Plan Administrators ("GPA"), to obtain and manage its insured and discounted member benefit programs. NCE is the group policy holder and its members can obtain insurance from the group policy. NCE**

4

**contracts with licensed Program Managing Entities ("PME"), and with Managing General Underwriters, including Xchange Benefits, LLC ("Xchange"). PMEs also contract Managing General Underwriters, as well as with licensed Third-Party Administrators, including Health Insurance Innovations, Inc. ("HII") (via its subsidiary, Health Plan Intermediaries Holdings, LLC) for the collection of premium and fees. PMEs also contract with Managing General Agencies ("MGAs") to generate membership enrollments. These MGAs, which are usually appointed by an insurance carrier, contract with General Agencies and Agencies, which in turn contract with Sub-Agencies and Agents. Those General Agencies, Agencies, and in some instances Agents then contract with Lead Vendors such as Celerity. Agencies and Agents would be responsible for obtaining their own marketing data and leads, and, while NCE has no firsthand knowledge of the specifics of this instance, upon information and belief, all PMEs and MGAs contractually require strict adherence to all Federal, State and Local law with regard to the methods employed for generating business. NCE has no contractual relationship with any Agencies, Sub-Agencies, Agents or Vendors nor does it have any contracts with the general public. NCE has no contractual relationship with Ann Fils. Upon information and belief, Ann Fils is a bottom level Agent and would not have received any marketing materials referencing NCE directly through NCE, but through other downstream entities over whom NCE has no control. Those materials are not drafted by NCE.**

NATIONAL CONGRESS OF EMPLOYERS, INC.

By: *s/ Josh M. Kantrow, Esq.*
    JOSH M. KANTROW, ESQ.

    Josh M. Kantrow (ARDC No. 6231027)
    Thomas M. Wolf (ARDC No. 6314294)
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    550 West Adams Street, Suite 300
    Chicago, Illinois 60661
    Tel: (312) 345-1718
    Fax: (312) 345-1778
    Josh.Kantrow@lewisbrisbois.com
    Thomas.Wolf@lewisbrisbois.com

                                              Charles J. Messina, Esq.
                                              Gioia E. Topazio, Esq.
                                              GENOVA BURNS LLC
                                              494 Broad Street
                                              Newark, New Jersey 07102
                                              (973) 533-0777
                                              cmessina@genovaburns.com

DATED: July 12, 2019

## VERIFICATION

I, CHRISTOPHER SABATELLA, certify that the statements set forth in the foregoing, DEFENDANT NATIONAL CONGRESS OF EMPLOYERS, INC.'S, AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the Defendant verily believes the same to be true.

_____          7/12/19
CHRISTOPHER SABATELLA              Date

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARY BILEK, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL CONGRESS OF EMPLOYERS, INC., NATIONAL BENEFIT BUILDERS, INC., ACCESSONE CONSUMER HEALTH, INC., HEALTH ADVISORS OF AMERICA, INC. d/b/a ENROLLMENT CENTER OF AMERICA and HAPPYHEALTHPLANS.COM, MICHAEL SMITH, ZACHARY COX, SEAN DUFFIE, BENEFITS MATTER INC., ANN FILS and DOES 1-10,<br><br>      Defendants. | Case No.: 1:18-cv-03083 |

## DEFENDANT NATIONAL CONGRESS OF EMPLOYERS, INC.'S, AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COMES defendant, NATIONAL CONGRESS OF EMPLOYERS, INC. ("NCE"), by and through its attorneys, LEWIS BRISBOIS BRISGAARD & SMITH LLP and GENOVA BURNS LLC, and for its answers to plaintiff Mary Bilek's ("Plaintiff") Requests for Production of Documents, states the following. Please take notice that NCE reserves the right to amend and/or supplement these objections and answers during its continuing investigation and the ongoing course of discovery. Additionally, any document attached or referenced hereto is not to be considered an adoptive admission of any fact/opinion contained therein, nor is the attachment/reference a certification or affirmation of the truth or accuracy of any facts/opinions contained therein.

1.  Please produce all documents, records, data, recordings and other materials relating to Mary Bilek or [Plaintiff's Number], or which are indexed, filed or retrievable under them or any associated number, symbol, designation or code (such as an account number or Social Security number).

*Response*:  Objection, this request is overly broad and vague. Without waiving said objections, NCE does not have any documents responsive to this request.

*Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NCE00559 - 00561.**

**NCE objects to the time period covered by Plaintiff's request as being overbroad and not reasonably calculated to lead to admissible discovery as it is inclusive of time outside of the scope of the Statute of Limitations relevant to this matter. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

2.  Produce any and all do not call policies pursuant to 47 C.F.R. §64.1200(c) and 64.1200(d), that were in place for you or any affiliate or vendor, since 2014.

*Response*:  As NCE has no contact with the general public and conducts no marketing, the association is not required to have a do not call policy under 47 C.F.R. §64.1200(c) and 64.1200(d). As such, NCE has no documents responsive to this request.

*Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NCE00020 - 00029.**

**NCE objects to this Request as overbroad as to both time and scope of the Request. NCE further objects insofar as Plaintiff seeks discovery related to the putative class when no class has been certified. Additionally, this Request seeks information not relevant or material to the issues involved in this matter. NCE further objects to this request insofar as the burden and expense of the discovery sought herein outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the important of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues. NCE reserves the right to**

2

      **provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

  3. Produce all contracts or agreements that concern using any third-party to market or generate leads or business.

  *Response:* NCE has no documents responsive to this request, as it does not have a contract, nor agreement with any entity to market, generate leads, or business for NCE.

  *Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NBBI00001 – 00043; NCE00001 – 00019; NCE00031 – 00048.**

      **NCE objects to this Request as overbroad as to both time and scope of the Request. NCE objects to the time period covered by Plaintiff's request as being overbroad and not reasonably calculated to lead to admissible discovery as it is inclusive of time outside of the scope of the Statute of Limitations relevant to this matter. NCE further objects insofar as Plaintiff seeks discovery related to the putative class when no class has been certified. Additionally, this Request seeks information not relevant or material to the issues involved in this matter. NCE further objects to this request insofar as the burden and expense of the discovery sought herein outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the important of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

  4. Please produce all documents relating to National Congress's policies, practices, and procedures relating to generating, vetting or obtaining leads by telephone from third parties.

  *Response*: NCE has no documents responsive to this request, as neither NCE, nor any party it is contracted with obtains leads by telephone or from any third party. As such, NCE is not in possession of any policies, practices, and procedures on those topics.

3

*Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NBBI00001 – 00043; NCE00001 – 00029; NCE00217 - 219.**

**NCE objects to this Request as overbroad as to both time and scope of the Request. NCE objects to the time period covered by Plaintiff's request as being overbroad and not reasonably calculated to lead to admissible discovery as it is inclusive of time outside of the scope of the Statute of Limitations relevant to this matter. Additionally, this Request is not limited to information that is material and relevant to the issues involved in this matter. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

5. Produce all call data for any outbound call or you or some third-party made with respect to NCE Premier, AccessOne Consumer Health and/or National Benefits Builders, Inc., for any call made since April 30, 2014.

*Response*: NCE has no documents responsive to this request. Neither NCE nor any entity contracted with the association makes any marketing outbound bound telephone calls. Further responding, NCE produced its phone records for the time period in question with its Rule 26 Disclosures.

*Amended Response*: **Without waiving the below objections and subject to same, NCE has no documents responsive to this request. Neither NCE nor any entity contracted with the association makes any marketing outbound bound telephone calls. Further responding, NCE produced its phone records for the time period in question with its Rule 26 Disclosures.**

**NCE objects to this Request as overbroad as to both time and scope of the Request. NCE objects to the time period covered by Plaintiff's request as being overbroad and not reasonably calculated to lead to admissible discovery as it is inclusive of time outside of the scope of the Statute of Limitations relevant to this matter. NCE further objects insofar as Plaintiff seeks discovery related to the putative class when no class has been certified. Additionally, this Request seeks information not relevant or material to the issues involved in this matter. NCE further objects to this request insofar as the burden and expense of the discovery sought herein outweighs its likely benefit,**

4

> **taking into account the needs of the case, the amount in controversy, the parties' resources, the important of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

6. Produce all call data for any outbound call you or some third party made with respect to NCE Premier, AccessOne Consumer Health and/or National Benefit Builders, Inc., for any call made since April 30, 2014.

*Response*: See Response to question #5.

*Amended Response*: **See Response to Request Number 5.**

7. Produce your internal do not call list, along with an audit log of changes thereto.

*Response*: NCE has no documents responsive to this request as NCE does not make out bound marketing telephone calls.

*Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NCE00020 – 00029.**

> **NCE objects to this Request as it seeks information not relevant or material to the issues involved in this matter. NCE further objects insofar as Plaintiff seeks discovery related to the putative class when no class has been certified. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

8. Produce all documents, including communications, concerning requests not to receive calls pertaining to NCE Premier, AccessOne Consumer Health and/or National Benefit Builders, Inc.

5

*Response*: NCE has no documents responsive to this request.

*Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NCE00001 – 00657.**

**NCE objects to this Request as overbroad as to both time and scope of the Request. NCE objects to the time period covered by Plaintiff's request as being overbroad and not reasonably calculated to lead to admissible discovery as it is inclusive of time outside of the scope of the Statute of Limitations relevant to this matter. NCE further objects insofar as Plaintiff seeks discovery related to the putative class when no class has been certified. Additionally, this Request seeks information not relevant or material to the issues involved in this matter. NCE further objects to this request insofar as the burden and expense of the discovery sought herein outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the important of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

9. Produce all documents and communications concerning telemarketing insurance, health care discount programs (including dental and vision) or other health-related products or services.

*Response*: NCE has no documents responsive to this request.

*Amended Response*: **Without waiving the below objections and subject to same, NCE states: See NCE00001 – 00657.**

**NCE objects to this Request as overbroad as to both time and scope of the Request. NCE objects to the time period covered by Plaintiff's request as being overbroad and not reasonably calculated to lead to admissible discovery as it is inclusive of time outside of the scope of the Statute of Limitations relevant to this matter. NCE further objects insofar as Plaintiff seeks discovery related to the putative class when no class has been certified. Additionally, this Request seeks information not relevant or material to the issues involved in this**

**matter. NCE further objects to this request insofar as the burden and expense of the discovery sought herein outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the important of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues. NCE reserves the right to provide additional information and documents in response to Plaintiff's request as appropriate and as warranted by its continuing investigation and continuing discovery in this matter.**

NATIONAL CONGRESS OF EMPLOYERS, INC.

By: *s/ Josh M. Kantrow, Esq.*
JOSH M. KANTROW, ESQ.

Josh M. Kantrow (ARDC No. 6231027)
Thomas M. Wolf (ARDC No. 6314294)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Tel: (312) 345-1718
Fax: (312) 345-1778
Josh.Kantrow@lewisbrisbois.com
Thomas.Wolf@lewisbrisbois.com

Charles J. Messina, Esq.
Gioia E. Topazio, Esq.
GENOVA BURNS LLC
494 Broad Street
Newark, New Jersey 07102
(973) 533-0777
cmessina@genovaburns.com

DATED: July 12, 2019

#14809913v1 (23936.001)



DATED: July 12, 2019

#4699913v1 (23805.001)

## VERIFICATION

I, CHRISTOPHER SABATELLA, certify that the statements set forth in the foregoing DEFENDANT NATIONAL CONGRESS OF EMPLOYERS, INC.'S, AMENDED RESPONES TO PLAINTIFF'S REQUESTS FOR THE PRODUCTION OF DOCUMENTS are true and correct, except as to matters herein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the Defendant verily believes the same to be true.

_____         _7/12/19_____
CHRISTOPHER SABATELLA                     Date

8