IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-03083 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC., NATIONAL BENEFIT BUILDERS, INC., ACCESSONE CONSUMER HEALTH, INC., ANN FILS, and DOES 1-10, | ) ) ) ) | Hon. Judge Charles R. Norgle, Sr. Hon. Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## DECLARATION OF JOHN SPILLER

1.  I am John Spiller, one of the principals of Rising Eagle. I make this declaration based upon my personal knowledge, as well as my investigation into Rising Eagle's regularly-kept business records.

2.  Rising Eagle is a lead generation company, located in Austin, Texas. In around 2017-2019, its employees were myself and Jacob Mears. Around that time, Rising Eagle developed leads for various customers, including Health Advisors America ("HAA").

3.  To develop leads, Rising Eagle engaged Celerity, Inc.'s "MyDialer" product, which made outbound telephone calls, automatically. When a call was answered, the system was programmed to play a prerecorded message - i.e. a message that had been recorded ahead of time, and then played at the beginning of the call - that stated, in part:

> ... limited health involvement period for a few weeks, so you and your family can get a great insurance plan at the price you can afford. And we make it hassle-free to sign up. We have pre-approvals already in your area, including Cigna, Blue Cross, Aetna, United, and many more. Press "1" to get a hassle-free assessment, or press "2" to be placed on our do-not-call list. Thanks for your time, and be healthy and blessed.

Once a call recipient opted in to receive calls by pressing "1," calls were warm-transferred to HAA. I understand HAA administered kept track of through a company called ViciDial.

    4.      HAA paid Rising Eagle for leads on a "cost for acquisition" basis. This means that Rising Eagle was only paid for health insurance policies or products that were actually sold. Calls were transferred on a particular DID, which is how HAA kept track of which leads were associated with which lead generators. The DIDs Rising Eagle used for HAA were 312-261-0979; 979-201-5297; 331-208-5719; 954-204-0610; 954-234-2726; and, 240-204-8264.

    5.      Whether products were sold from Rising Eagle warm transfers was kept track of by HAA, which paid Rising Eagle by wire transfer on roughly a monthly basis. Rising Eagle had a Do Not Call policy in 2017-2019, although it was not written down. Do Not Call requests were not conveyed to HAA or any other entities associated with their business. For example, Rising Eagle never sent Do Not Call information to Health Insurance Innovations, Federal Insurance, NCE or any other similar entity. Neither HAA nor any other entity involved in HAA's generally sent Rising Eagle telephone numbers with instructions not to call. If a call recipient pressed "2" during the interactive prerecorded voice portion of a call, then the system would put the caller on an internal "Do Not Call" registry within Rising Eagle's system and that internal registry was updated with the national "Do Not Call" registry on a quarterly basis.

    6.      I understood that HAA was working with Health Insurance Innovations ("HII") in developing business; however, I was unaware whether other customers of Rising Eagle also worked with HII in developing business.

I swear under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed on July 11th, 2019
In Travis County, Texas.

John Spiller

**THE STATE OF TEXAS**   §
                         §
**COUNTY OF TRAVIS**     §

Signed before me, the undersigned authority, on the ___11___ day of July, 2019, by John Spiller.

MARGARITA D CASANOVA
Notary ID #129343655
My Commission Expires
May 15, 2023

Notary Public, State of Texas