CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

### Gioia E. Topazio

| | |
|---|---|
| **From:** | Dan Garavuso <Dan Garavuso <dgaravuso@hiiquote.com>> on behalf of Dan Garavuso |
| **Sent:** | Tuesday, May 29, 2018 5:52 PM |
| **To:** | Chris Sabatella |
| **Subject:** | RE: Bilek v. National Congress of Employers, Inc, 1:18-cv-03083 |

Eh, maybe a Cubs game would do me good.

--

**Daniel Garavuso**
**Vice President, Compliance | Health Insurance Innovations**
**P** 877.376.5831 ext 310 | **M** 813.505.7765 **F** 877.376.5832
**E** dgaravuso@hiiqote.com | **W** hiiquote.com
CONFIDENTIALITY NOTICE (HIPAA Compliance): The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Chris Sabatella <cgsabre@gmail.com>
**Sent:** Tuesday, May 29, 2018 5:48 PM
**To:** Dan Garavuso <dGaravuso@hiiquote.com>
**Subject:** Re: Bilek v. National Congress of Employers, Inc, 1:18-cv-03083

Yes please - if she can find a way for me to avoid mentioning you that would be ideal.

On Tue, May 29, 2018 at 5:30 PM Dan Garavuso <dgaravuso@hiiquote.com> wrote:

> Feels like I should direct this conversation to Janis Rosenthal, our in-house counsel, yes?
>
> Dan Garavuso
> Vice President of Compliance
> Health Insurance Innovations
> (813) 505-7765
>
> Sent from iPhone
>
> On May 29, 2018, at 5:29 PM, Chris Sabatella <cgsabre@gmail.com> wrote:
>
>> None of us sell any carrier she quoted in the robodial but she pressed 1 and heard NCE I'm guessing
>>
>> On Tue, May 29, 2018 at 5:28 PM Dan Garavuso <dgaravuso@hiiquote.com> wrote:
>>
>>> We don't sell Cigna.
>>>
>>> Dan Garavuso
>>> Vice President of Compliance
>>> Health Insurance Innovations
>>> (813) 505-7765
>>>
>>> Sent from iPhone

1

NCE00560

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

On May 29, 2018, at 5:21 PM, Chris Sabatella <cgsabre@gmail.com> wrote:

Woman in Chicago called 4 times being offered Cigna robodialed. Names NcE and no one else. Thought that was pretty foolish until I got notice her lawyer was going to compel me to give her the name of everyone selling in IL.

On Tue, May 29, 2018 at 5:18 PM Dan Garavuso <dgaravuso@hiiquote.com> wrote:

What is this one?

Dan Garavuso
Vice President of Compliance
Health Insurance Innovations
(813) 505-7765

Sent from iPhone



2

NCE00561