**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) | Case No. 1:18-cv-03083 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC., et al., | ) ) | Hon. Judge Charles R. Norgle, Sr. Hon. Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

**DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby dismisses Defendant Unified Life Insurance Company ("Unified"), *only*, from this case, without prejudice.

Unified has not filed an answer, and has not moved for summary judgment.

Dated: November 5, 2019                    */s/ Alexander H. Burke*

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                    */s/ Alexander H. Burke*