IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:18-cv-03083 ) ) |
| v. | ) ) |
| NATIONAL CONGRESS OF EMPLOYERS, INC., NATIONAL BENEFIT BUILDERS, INC., ACCESSONE CONSUMER HEALTH, INC., HEALTH INSURANCE INNOVATIONS, INC., and DOES 1-10, | ) Hon. Judge Charles R. Norgle, Sr. ) Hon. Mag. Judge Jeffrey T. Gilbert ) ) ) ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry of March 31, 2021 [Dkt. 342] following the telephonic status hearing held that same day, the parties respectfully provide this joint status report regarding the responses of National Congress of Employers, Inc. ("NCE"), National Benefit Builders, Inc. ("NBBI") and Access One Consumer Health, Inc. ("Access One") (collectively, "Defendants"), to plaintiff, Mary Bilek's Third-Set of Discovery Requests (the "Requests").

NCE provided responses to the Requests and document production on March 15, 2021 and will provide final supplementation of its document production in response to the Requests on a rolling basis if necessary, but to be completed on or before April 26, 2021.

NBBI and Access One shall provide responses and document production to the Requests on or before April 26, 2021.

The parties have engaged in extensive meet and confers concerning the Requests and agree to meet and confer first, and in advance of any court filings, on any issues with respect to

4841-3537-7124.1    1

the parties' production, and responses to discovery, including any issues with ESI. Plaintiff's counsel expects to provide a draft ESI protocol this week for discussion between Plaintiff and NCE, AccessOne, and NBBI, and the parties plan to engage in further discussions in the short term to come to agreement as to whether an ESI protocol makes sense, and the scope and use of custodians and search terms.

NATIONAL CONGRESS OF EMPLOYERS, INC.

By:  /s/ Josef Mysorewala
    Josef M. Mysorewala
    LAW OFFICE OF
    JOSEF M. MYSOREWALA, PLLC
    2000 S. Dixie Hwy., Suite 112
    Miami, FL 33133
    Telephone: (305) 356-1031
    josefm@lawjmm.com
    *Counsel for NCE*

NATIONAL BENEFIT BUILDERS, INC., ACCESSONE CONSUMER HEALTH, INC.

By:  /s/ Josh Kantrow
    Josh M. Kantrow
    Steven P. Slayden
    Thomas M. Wolf
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    550 W. Adams St., Suite 300
    Chicago, IL 60661
    Telephone: (312) 345-1718
    josh.kantrow@lewisbrisbois.com
    steven.slayden@lewisbrisbois.com
    thomas.wolf@lewisbrisbois.com

    Charles J. Messina
    Peter F. Berk
    *Pro Hac Vice*
    GENOVA BURNS LLC
    494 Broad St., 6th Floor
    Newark, NJ 07102
    Telephone: (973) 533-0777
    cmessina@genovaburns.com
    pberk@genovaburns.com
    *Counsel for NBBI and AccessOne*

    *Counsel for NCE, NBBI, and AccessOne*

MARY BILEK, individually and on behalf of others similarly situated

By:  /s/ Daniel Marovitch
    Alexander H. Burke
    Daniel J. Marovitch
    BURKE LAW OFFICES, LLC
    909 Davis St., Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288
    aburke@burkelawllc.com
    dmarovitch@burkelawllc.com
    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                             _/s/ Megan Duffy_