IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:18-cv-03083 |
| v. | ) ) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC., et al., | ) ) ) | Hon. Judge Jorge L. Alonso<br>Hon. Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## DECLARATION OF MARY BILEK

I, Mary Bilek, hereby declare as follows:

1. I am the plaintiff in the above-captioned action. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. I am the primary user and subscriber for cellular telephone number 708-xxx-5774, which is on a family plan with my husband. Both of our names are on the phone account. Beginning in approximately early 2018, I began receiving calls that solicited insurance with a prerecorded message (i.e., "robocalls") to my cell phone number, along the lines of the following:

> ... limited health enrollment period for a few weeks, so you and your family can get a great insurance plan at the price you can afford. And we make it hassle-free to sign up. We have pre-approvals already in your area, including Cigna, Blue Cross, Aetna, United, and many more. Press "1" to get a hassle-free assessment, or press "2" to be placed on our do-not-call list. Thanks for your time, and be healthy and blessed.

3. I did not provide written consent for these calls; they were unsolicited. In fact, the calls continued after I repeatedly pressed "2" to not be called, including in approximately February 2018. I also pressed "1" during a subsequent call on March 13, 2018, asked who the

call was for, and expressed that I was upset with the calling. However, instead of removing me from the call list, the representative with whom I was connected told me to "shut the f*ck up" and called me a slur.[1] These robocalls also continued for months after I filed this lawsuit on April 30, 2018.

4. After prior attempts to get these calls to stop were unsuccessful, I pressed "1" during a call I received on March 16, 2018. After providing information requested of me like state and ZIP code to the representative with whom I was connected, I was connected with another representative, "Kay." Kay provided me with a $143.09/month quote for an NCE group plan on the "MultiPlan" PPO network, covering health, dental, and vision, plus $275,000 in life insurance coverage. Kay identified her employer's website as "HappyHealthPlans.com."[2] I understand from my attorneys' investigation that Happy Health Plans was a pseudonym used by HII agent Sean Duffie's agency, working out of a call center run by Health Advisors of America, Inc. ("HAA").

5. During another similar robocall on September 20, 2018, I again pressed "1" and was connected with a representative. After complaining to the representative that I was getting called repeatedly and wanted to know where they obtained my phone number, the representative admitted that she had "worked at other places where people request it online," but that "here, I'm not so sure." She also indicated that she would "help [me] look for [insurance] today, and then remove [me] from the list so [I] don't have to worry about getting bombarded with phone calls 24/7." To my knowledge, this did not happen because I continued to receive calls. After

---

[1] A rough transcript of the post-transfer portion of that call, and a corresponding recording I understand was produced by Fextel Inc. in this matter, is being provided as Exhibit D in support of Plaintiff's class certification and summary judgment briefing.

[2] A rough transcript of the post-transfer portion of that call, and a corresponding recording I understand was produced by Fextel Inc. in this matter, is being provided as Exhibit E in support of Plaintiff's class certification and summary judgment briefing.

providing certain information requested of me, I was thereafter transferred to another person who identified himself as "Adrian." Adrian informed me that he was going to enter my information into a "nationwide database," and thereafter quoted me for a $294.13/month policy on the "MultiPlan" PPO network.[3]

6. I have produced records of approximately forty-nine (49) similar robocalls I received with the same prerecorded message. However, these records are underinclusive of the total similar robocalls I received; for example, there were likely earlier calls for which I hadn't saved records before this case began. This was made more difficult by the fact that the calls used various caller IDs. In any event, a table describing the calls I received that played the same recording quoted above, for which I was able to provide a voicemail recording or screenshot, is attached Exhibit C.

7. There is no conflict between my interests and those of the proposed Classes in this case. I have demonstrated my desire and ability to protect class members' interests by investigating, filing, and vigorously pursuing this case for more than four years. I intend to continue zealously advocating on behalf of the other class members' interests, if class certification is granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2022.

_____
Mary Bilek

---

[3] A rough transcript of the post-transfer portion of that call, and a corresponding recording I understand was produced by Fextel Inc. in this matter, is being provided as Exhibit F in support of Plaintiff's class certification and summary judgment briefing.

3