**Bilek Call Recordings and Screenshots**

| Count | Bates Number | Date/Time | Phone Number |
|---|---|---|---|
| 1 | BILEK000001 | ~ 2018-06-26 | 5612400426 |
| 2 | BILEK000002 | ~ 2018-06-26 | 8507954063 |
| 3 | BILEK000003 | 2018-03-09 12:14 | 7732736136 |
| 4 | BILEK000004 | 2018-03-13 14:16 | 7732736136 |
| 5 | BILEK000005 | 2018-03-15 13:20 | 7732736136 |
| 6 | BILEK000006 | 2018-03-26 17:21 | 7732736136 |
| 7 | BILEK000007 | 2018-04-18 11:39 | 7033486954 |
| 8 | BILEK000008 | 2018-04-19 10:16 | 9802423698 |
| 9 | BILEK000009 | 2018-04-19 15:30 | 9802423698 |
| 10 | BILEK000010 | 2018-06-04 | 5412044295 |
| 11 | BILEK000011 | 2018-06-06 | 6234999004 |
| 12 | BILEK000012 | 2018-07-09 03:16 | 3473259041 |
| 13 | BILEK000013 | 2018-07-10 16:12 | 3862040846 |
| 14 | BILEK000014 | 2018-07-12 13:51 | 7138936407 |
| 15 | BILEK000015 | 2018-07-12 13:54 | 7138936407 |
| 16 | BILEK000016 | 2018-07-24 09:20 | 7419986712 |
| 17 | BILEK000017 | 2018-07-24 10:17 | 7419986712 |
| 18 | BILEK000018 | 2018-07-25 10:27 | 8507954009 |
| 19 | BILEK000019 | 2018-07-25 13:50 | 3032842161 |
| 20 | BILEK000020 | 2018-07-26 09:29 | 3032842165 |
| 21 | BILEK000021 | 2018-07-26 09:35 | 3032842165 |
| 22 | BILEK000022 | 2018-07-26 13:57 | 3032842169 |
| 23 | BILEK000023 | 2018-07-26 14:12 | 3239859181 |
| 24 | BILEK000024 | 2018-07-26 17:00 | 3239859181 |
| 25 | BILEK000025 | 2018-07-27 09:00 | 3239859184 |
| 26 | BILEK000026 | 2018-08-20 13:10 | 4048355477 |
| 27 | BILEK000027 | 2018-08-31 10:38 | 2012058990 |
| 28 | BILEK000028 | 2018-08-31 14:41 | 2012058990 |
| 29 | BILEK000029 | 2018-09-18 10:51 | 2012031165 |
| 30 | BILEK000030 | 2018-09-18 16:51 | 2012031165 |
| 31 | BILEK000031 | 2018-09-19 10:04 | 2012159104 |
| 32 | BILEK000032 | 2018-09-19 16:05 | 2012159104 |
| 33 | BILEK000033 | 2018-09-24 11:33 | 2012156130 |
| 34 | BILEK000034 | 2018-09-25 11:22 | 2012155343 |
| 35 | BILEK000035 | - | - |
| 36 | BILEK000036 | - | - |
| 37 | BILEK000037 | - | - |
| 38 | BILEK000059 | 2018-09-21 11:40 | 2012156362 (screenshot) |
| 39 | BILEK000060 | 2018-09-25 11:22 | 2012155343 (screenshot) |
| 40 | BILEK000061 | 2018-09-24 11:33 | 2012156130 (screenshot) |
| 41 | BILEK000062 | 2018-09-21 09:06 | 2012156315 (screenshot) |
| 42 | BILEK000063 | 2018-09-20 14:39 | 2012156261 (screenshot) |

| 43 | BILEK000064 | 2018-09-20 11:23 | 2012159163 (screenshot) |
|---|---|---|---|
| 44 | BILEK000065 | 2018-09-20 11:04 | 2012159163 (same screenshot as BILEK000064, but included again to reflect second call) |
| 45 | BILEK000080 | 2018-10-11 11:16 | 4152000576 (screenshot) |
| 46 | BILEK000081 | 2018-10-11 11:16 | 4152000576 (recording of BILEK000081) |
| 47 | BILEK000082 | 2018-10-11 11:20 | 4152000576 (screenshot) |
| 48 | BILEK000083 | 2018-10-11 11:40 | 4152000576 (recording) |
| 49 | BILEK000084 | 2018-10-11 13:34 | 2012151925 (screenshot) |
| 50 | BILEK000085 | 2018-10-11 13:34 | 2012151925 (recording of BILEK000084) |
| 51 | BILEK000086 | 2018-10-11 16:31 | 2012151934 (recording) |
| 52 | BILEK000087 | 2018-10-12 09:08 | 2012151997 (screenshot) |
| 53 | BILEK000088 | 2018-10-12 11:20 | 4152000576 (recording) |