IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) ) | Case No. 1:18-cv-03083 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC. et al., | ) ) ) | Hon. Judge Charles R. Norgle, Sr. Hon. Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

**Rough Transcription of March 13, 2018 Call**
**To Mary Bilek's Cell Phone**

Telemarketer:   National Health Enrollment.

Mary Bilek:   Hi. Who are you guys calling for? Hello?

Telemarketer:   Yes, I'm answering the phone, ma'am. You were looking for health insurance?

Mary Bilek:   Yep. No, you guys called me.

Telemarketer:   No, you called me.

Mary Bilek:   On a rec-

Telemarketer:   I called you-

Mary Bilek:   No, you guys called-

Telemarketer:   [crosstalk 00:00:23] called who? This is on third. He called me. Come on. Let's not go back and forth, ma'am. You obviously got transferred here, right?

Mary Bilek:   I got transferred because you are all scamming me, so please stop scamming me. Thank you.

Telemarketer:   Oh, we're scamming you. Oh, shut the fuck up. This lady's retarded.