IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated,<br>Plaintiff, | )<br>)<br>)<br>) | Case No. 1:18-cv-03083 |
| v. | )<br>) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC., et al.<br>Defendants. | )<br>)<br>)<br>) | Hon. Judge Jorge L. Alonso<br>Hon. Mag. Judge Jeffrey T. Gilbert |

**Rough Transcription of March 16, 2018
to Mary Bilek's Cell Phone**

Telemarketer: National Enrollment Center. Are you looking for a family or individual plan?

Mary Bilek: Individual please.

Telemarketer: It's for you or for somebody else?

Mary Bilek: For me.

Telemarketer: And what's your name? Mary.

Mary Bilek: Thank you, Mary. What's your date of birth and your age?

Mary Bilek: ███████████ .

Telemarketer: And that makes you how young?

Mary Bilek: ██

Telemarketer: Okay. What's your state and zip code?

Mary Bilek: ████████████ .

Telemarketer: ████ Are you currently insured or no?

Mary Bilek: No, not at the moment.

Telemarketer: Okay. Do you smoke?

Mary Bilek: No.

1

Telemarketer: Do you take any meds?

Mary Bilek: I do not.

Telemarketer: Okay. What's your budget for your health insurance? What are you looking to spend?

Mary Bilek: I was trying to not go over at least 150 a month.

Telemarketer: Okay. Let me see if we have something for 150. Okay. Let me get my manager. I'll be right with you.

Mary Bilek: Okay, sure.

Kay: Hi, ma'am. I'm sorry for the hold. Is this Mary?

Telemarketer: Sure. Yeah.

Kay: [crosstalk 00:02:29] All right. Hi, this is Kay. I'm going to be assisting you in trying to find something that's going to be affordable for you. All righty. You are in Chicago, correct? [inaudible 00:02:39] Okay.

Mary Bilek: We have a really bad reception. I'm sorry, what was your name?

Kay: My name's Kay.

Mary Bilek: Kay? Okay.

Kay: All right. Sorry about that. Okay, so you are in the state of Illinois, correct?

Mary Bilek: Correct.

Kay: All right. You have a budget of 150, you said?

Mary Bilek: Yeah, I can't go over 150. I can't afford more than that a month for health insurance.

Kay: Okay. All right. We're going to take a look at what we have available. I'm not too sure what the cost would be looking like. How's your health? Any preexisting medical conditions? Anything you're currently being treated for?

Mary Bilek: No. Nothing.

Kay: Okay.

Mary Bilek: Nope. Healthy.

Kay: All right, so you're just needing something just in case you need to go to the doctor this year? You don't need major medical? You don't need drug and alcohol, maternity, things like that, correct?

Mary Bilek: No. Not planning on having any more kids.

Kay: All right. Okay. How often do you go to the doctor?

Mary Bilek: You know what? I don't. Even if I have a cold, I don't even go to a doctor. I got to be really sick to go.

Kay: Okay, so just in case type of insurance is what you're going to need.

Mary Bilek: Right.

Kay: All right.

Mary Bilek: Yep. Because you know what? In the state of Illinois, you have to have insurance. Otherwise, you get penalized, so you have to have something.

Kay: All right. You just need something that's going to cover you just in case you have to go to the doctor this year.

Mary Bilek: Correct.

Kay: All right. I think what you would qualify for is a discount medical plan. All right?

Mary Bilek: Okay.

Kay: The discount medical plan will give you up to 60 percent off of your medical expenses. When you go to the doctor, it's a $50 copay. It's a little bit higher than what it would be with major medical, but you don't go to the doctor very often, so spending $50 one time out of the year, I don't think, is going to be too bad. The premium would be 143.09 per month. This comes with life insurance.

Mary Bilek: 143. Okay.

Kay: It comes with 275,000 in life insurance that's incorporated in the policy. All right?

Mary Bilek: Okay. [crosstalk 00:05:12]

Kay: It's 143.09 per month. It's a zero deductible, so you don't have to meet a deductible on top of that. When you enroll, there is a one-time enrollment fee of $25 in which you only pay one time. The total to get you started would be 168.09 but 143 every month thereafter. 168.09.

3

Mary Bilek: [crosstalk 00:05:37] Eight? Okay. Okay.

Kay: All right? That's a discount health, dental, and vision plan. All right? If you happen to fill any prescriptions or need any dental work or vision care, that's included in the policy as well.

Mary Bilek: Okay.

Kay: $50 copays for eye doctor and dentist, and you pay nothing for medications with the policy.

Mary Bilek: Okay. And who would this be with? Which company?

Kay: It's the MultiPlan PPO network, and it's underwritten by NCE Premier Platinum.

Mary Bilek: NCE?

Kay: Yes. N as in Nancy, C as in Charlie, E as in Edward.

Mary Bilek: Okay. Premier?

Kay: Yes, National Congress of Employees. It's a group policy that's usually given to our employees here, but anyone qualifies for it. It's a discount medical plan that's designed to give you little to no out-of-pocket when you go to the doctor or hospital.

Mary Bilek: Okay. I'm trying to write this down as you're talking.

Kay: Well, no problem, ma'am.

Mary Bilek: Okay.

Kay: They're actually going to be emailing you everything as well so that you'll have your plan details.

Mary Bilek: That would be great. Can I give you my email address please?

Kay: Yes, go ahead.

Mary Bilek: Okay. ███████████████████████████████████

Kay: Okay. All right. Okay. What they'll be doing is sending you out the email. They'll send you your application via email to sign, and then they'll process your first month's premium and the enrollment fee. Then this would go into effect at midnight. This is not a contractual insurance policy. You cancel at any time. If

4

|||
|---|---|
| | you cancel within 30 days, you would get your money back, but you can cancel at any time. |
| Mary Bilek: | Okay. |
| Kay: | All right? It's month to month insurance. I encourage that if you if you needed major medical or something happens to you, you call us back and let us know that you need to be put in major medical. Okay? |
| Mary Bilek: | Okay. I'm going to write this down. |
| Kay: | No problem. |
| Mary Bilek: | National Plan Insurance? |
| Kay: | National Congress- |
| Mary Bilek: | Okay. Congress. Okay. Okay. National Congress [crosstalk 00:08:13]- |
| Kay: | Of Employers. |
| Mary Bilek: | Okay. Of Employers. |
| Kay: | Group Insurance. It's usually given to employees of large organizations, but you would qualify for it because you're under 55 years old and in good health. |
| Mary Bilek: | Okay. okay. |
| Kay: | You're employed full time, correct? |
| Mary Bilek: | Yes. |
| Kay: | Okay. All right. Yeah, you're fine. So, it'll be 143.09 per month. Health, dental, vision, prescription. Zero deductible. You have a one-time enrollment fee of $25. there is a life insurance policy for $275,000. The way that your policy is broken down is they take 39.99 for health and 103.10 for the life. Okay? |
| Mary Bilek: | 39 [crosstalk 00:09:10]. |
| Kay: | But if you take your life off, it extends the policy up to like $292, so just keep it the way that it is. I guess they bundled it in together to give you that little premium. |
| Mary Bilek: | Okay. |
| Kay: | Yeah. |

Mary Bilek: 39.99 is taken out for health, right?

Kay: Right.

Mary Bilek: Then one-oh...

Kay: 3.10 on your life.

Mary Bilek: Okay. $103.10 for life insurance. Okay. Okay.

Kay: All right?

Mary Bilek: Will you be sending me this information or...

Kay: Yes. I'm going to be sending everything out to you via email. It's going to actually be sent out by underwriting. As soon as I submit the application, I'll transfer you over to underwriting, and they'll bill you and send you out your application to sign over there. They have to approve it under my license and accept it first under our license, and then they'll go ahead and take you and ask you some questions and have you sign your application online. Do you have access to like a smartphone, maybe, or a tablet, computer?

Mary Bilek: Yeah. I do. I do.

Kay: Okay. All right, perfect. I'm just going to be finishing up the application with you. We will need billing information, but you're not billed on my end. There's no way of me billing you over here, and you're not billed until you sign the application online. You'll see the application being sent out to you and everything, and you'll be able to just read over the benefits and things like that. Give me one second. I'm going to go ahead and start your application. Give me one second. Okay? I'm going to place you on a brief hold.

Mary Bilek: Okay. Thank you.

Speaker 4: [inaudible 00:10:44]

Speaker 5: [inaudible 00:10:46]

Speaker 4: How old are you?

Speaker 5: [inaudible 00:10:49]

Speaker 4: [inaudible 00:10:49]

Speaker 5: [inaudible 00:10:49]

Speaker 4: I think the only thing I can help you with is [inaudible 00:11:03] a life policy [inaudible 00:11:03] a life policy [inaudible 00:10:58].

Speaker 6: What's your name [inaudible 00:10:59]?

Speaker 4: [inaudible 00:11:03]

Kay: Okay.

Speaker 4: [inaudible 00:11:03]

Kay: Okay.

Speaker 6: [inaudible 00:11:05]

Speaker 4: Okay, so a life policy [inaudible 00:11:10].

Male: [inaudible 00:11:11] today [inaudible 00:11:11].

Female: So [inaudible 00:11:13].

Female: Oh my god. You know what [inaudible 00:11:14].

Male: Okay?

Female: [inaudible 00:11:16]

Male: [inaudible 00:11:18]

Kay: Okay. I'm sorry for the hold, Mary.

Mary Bilek: Sure.

Kay: I'm going to go ahead and just ask you a few questions to finish up the application, and then I'll go ahead and get you over to them. Okay? All right.

Mary Bilek: Okay.

Kay: How are you spelling your last name? It's Mary for the first name.

Mary Bilek: Yes, B as in boy, I-L-E-K.

Kay: Okay. Then your date of birth I have as ▮▮▮▮▮▮▮▮▮▮.

Mary Bilek: Correct.

7

Kay: Okay. Your approximate height and weight?

Mary Bilek: I'm ▮▮▮▮▮.

Kay: Okay. Go ahead with your social.

Mary Bilek: I have to give my social now?

Kay: If you don't want to, you don't have to, but they do ask you in underwriting. I can leave that part of the application off.

Mary Bilek: Yeah. Can you please until I actually see the whole thing because I feel more comfortable seeing everything and then giving it when I give my payment.

Kay: Okay. Well, we have to submit the application first, and it has to be approved under our licensing. the policy that we just went over is going to be sent out to you via email once you're done with underwriting because you have to be approved for the policy. Remember, this is the group insurance policy, and you're getting a group premium. This all has to go through verification and approval. If you wanted to see everything, I wouldn't be able to send everything out to you yet because they have to go through an approval process for this. I can give you our website. I can give you MultiPlan PPO network that-

Mary Bilek: Yes, can you give me-

Kay: Yeah. You're going to be under the MultiPlan PPO network.

Mary Bilek: Okay.

Kay: If you go to MultiPlan...

Mary Bilek: Can you spell the whole website for me please?

Kay: Sure. M-U-L-T-I...

Mary Bilek: Okay.

Kay: ... plan.com

Mary Bilek: [crosstalk 00:13:21] Okay. Dot com.

Mary Bilek: Okay, so MultiPlan.com?

Kay: Yes ma'am. That'll bring up the whole network, providers, some policies that they offer. Then our website is HappyHealthPlans.com

8

Mary Bilek: HealthPlans.com?

Kay: HappyHealthPlans.com

Mary Bilek: These are secure websites, right?

Kay: Yes, ma'am.

Mary Bilek: Okay. Okay. It's ▮▮▮▮▮

Kay: Your mailing address?

Mary Bilek: ▮▮▮▮▮

Kay: Can you spell that for me?

Mary Bilek: ▮▮▮▮▮

Kay: Okay. ▮▮▮▮▮ The zip code is ▮▮▮▮▮

Mary Bilek: Correct.

Kay: Okay. Your email address? I Have ▮▮▮▮▮

Mary Bilek: Correct.

Kay: Okay. Did you have a beneficiary in mind that you wanted to place down on the life insurance policy?

Mary Bilek: No, not right now.

Kay: Okay. All righty. your occupation?

Mary Bilek: I'm a caregiver.

Kay: And the annual income?

Mary Bilek: ▮▮▮▮▮.

Kay: Okay. I forgot to ask. Are you a smoker or a nonsmoker?

Mary Bilek: No. No smoking.

Kay: Not a smoker? Okay. What state were you born in? That's going to be a security question that they ask you to log in online.

Mary Bilek: ███████

Kay: All righty. All righty. And do you have any other life insurance policies in place?

Mary Bilek: I do not.

Kay: Okay. Your current marital status?

Mary Bilek: ████████████████.

Kay: Okay.

Kay: They do check for DUIs. Do you have an active driver's license?

Mary Bilek: I do.

Kay: Okay. I will go ahead and take your driver's license number. Is it a Illinois license?

Mary Bilek: Yes.

Kay: Yes? Okay.

Mary Bilek: Yes. Hold on. Let me get you it.

Kay: No problem.

Mary Bilek: That I don't remember off of hand. Hold on.

Kay: Okay.

Mary Bilek: Hold on. I'm looking for it in my purse.

Kay: Okay.

Mary Bilek: Okay. It's ████████

Kay: ████████████████?

Mary Bilek: Correct.

Kay: Okay, and did you want to use the checking or savings for your billing?

Mary Bilek: Checking account.

Kay: Okay. We can't take any credit cards over the phone for your security as well as ours, but we can accept a routing and account number for either a checking or savings. Well, what's the name of the banking institution you would like to use?

Mary Bilek: The banking is ▮

Kay: Okay. ▮?

Mary Bilek: No. ▮.

Kay: Bank. Okay, and the routing number?

Mary Bilek: Shoot, let me get it. Hold on.

Kay: No problem, ma'am.

Mary Bilek: I usually pay with my credit card, so I wasn't used to giving my information like that out. Hold on.

Kay: Okay.

Mary Bilek: You guys don't, you guys don't take credit cards?

Kay: No ma'am. That's not a secure method of payment. You don't know who's taking your credit card information and what they're going to do with it. The account and routing number, you can't do anything with that unless you're a reputable entity. The bank goes through a three to five-day verification with the insurance company to make sure that they're a legitimate entity, and then they process the payment. That's why it usually takes about three to five business days with ACH. That's why I'm when you make your car payment or mortgage, they only ask you for an account and routing number, because that is the most secure method of payment. It's the same thing with health insurance.

Mary Bilek: Okay. It is ▮

Kay: Okay. Then the account number?

Mary Bilek: It is ▮

Kay: Okay. Let me go ahead and submit the application. Okay? It takes about three to five minutes for them to approve it, and then I'll transfer you over to the underwriting department. You're not being billed right now. You're only submitting an application. Then once they send you the application via email and they take you through signing it, at that point, they'll go ahead and bill you. Okay?

Mary Bilek: Okay.

11

Kay: Okay. One second.

Female: [inaudible 00:20:05] Come on, brother. [inaudible 00:20:05]

Male: Yeah, right. [inaudible 00:20:05]

Female: [inaudible 00:20:05] Thank you.

Female: [inaudible 00:20:05]

Male: [inaudible 00:20:05]

Female: [inaudible 00:20:05]

Female: [inaudible 00:20:05]

Female: Are you looking for health insurance [inaudible 00:00:20:25]?

Female: [inaudible 00:20:06]

Female: Yeah. [inaudible 00:20:06]

Female: Okay. Okay.

Female: [inaudible 00:20:06]

Male: Hi, this is [inaudible 00:20:06] from [crosstalk 00:20:41].

Male: Somebody give me some [crosstalk 00:20:41].

Female: Sure, it's ▮▮▮▮▮▮▮▮

Male: [crosstalk 00:20:06]

Female: No.

Male: Gabby.

Female: Okay. [inaudible 00:20:06]

Male: We'll tell you [inaudible 00:20:51].

Female: Correct.

Male: [inaudible 00:20:55] You got a couple [inaudible 00:21:00].

12

Female: In Florida.

Male: [inaudible 00:21:01]

Female: Okay. [inaudible 00:21:07]

Male: Okay. [inaudible 00:21:09]

Female: [inaudible 00:21:14]

Male: [inaudible 00:21:17]

Female: [inaudible 00:21:18]

Female: [inaudible 00:21:20]

Male: Yeah. Hello?

Female: [inaudible 00:21:24]

Male: Hello?

Female: I'm looking for a Steve.

Male: [inaudible 00:21:28]

Female: [inaudible 00:21:30]

Female: I need a phone.

Male: Yeah. [Inaudible 00:21:34]

Female: Can I borrow you for a [inaudible 00:21:41] because I have a [crosstalk 00:21:42]?

Female: Health and wellness [crosstalk 00:21:41] [inaudible 00:21:44].

Female: Hello?

Female: [inaudible 00:21:49]

Male: [inaudible 00:21:56]

Male: Hey [inaudible 00:22:03]. Is that [inaudible 00:22:08]?

Female: Yeah.

| | |
|---|---|
| Male: | Okay. [crosstalk 00:22:10] |
| Female: | Yeah. [crosstalk 00:22:10] Yeah, that one's for Vanessa, but the other one's [inaudible 00:22:13] kept putting [inaudible 00:22:14]. |
| Female: | Okay. |
| Male: | Yeah. [Crosstalk 00:22:14] |
| Kay: | All righty. Hi. I'm going to go ahead and transfer you over to them. Keep your email up, okay? |
| Mary Bilek: | Okay. |
| Kay: | All righty. One second. |
| Male: | [inaudible 00:22:28] |
| Beatrice: | Beautiful day in the verification department. My name is Beatrice. |
| Kay: | Hi, Beatrice. I have Mary Bilek on the line, and she's ready to be verified. |
| Beatrice: | Okay, no problem. |