IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) ) | Case No. 1:18-cv-03083 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC. et al., | ) ) ) | Hon. Judge Jorge L. Alonso Hon. Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

**Rough Transcription of September 20, 2018 Call
to Mary Bilek's Cell Phone**

Brittney: Can I help you find insurance today?

Mary: Actually, you guys call me about 30 to 50 times a day.

Brittney: Are you [crosstalk 00:00:08].

Mary: So, you know I'm off of work for the next half an hour. What do you guys got to offer? What is this all about?

Brittney: Okay, so basically, is it for individual or family?

Mary: Well, I don't know. You guys are calling me 50 times a day. Who are you guys?

Brittney: We're the Health Enrollment Center. We are looking to see if you're looking for any health insurance. We can help you find the best plan in your state. We work with all the [inaudible 00:00:36] carriers. If you don't need insurance, we will take you off the list. I'm [crosstalk 00:00:41]-

Mary: Well, I'm looking for insurance, but I never contacted you guys. That's why I'm... I'm trying to figure out where you got my number.

Brittney: [crosstalk 00:00:48]. I got you. Usually, I've worked at other places where people request it online, and that's how we get their phone numbers. Here, I'm not so sure, but if you are looking for health insurance, I can help you look for it today, and then remove you from the list so you don't have to worry about getting bombarded with phone calls 24/7.

Mary: Well, I'm looking for an individual policy for myself.

Brittney: Okay. Yeah, so what state are you in?

Mary: Illinois.

Brittney: Illinois. My name's Brittney. What was your name, just so I know who I'm speaking with?

Mary: Mary.

Brittney: Mary, and you're in Illinois. Okay, individual. Do you currently have any health insurance?

Mary: No.

Brittney: Okay, did you have any in the past?

Mary: I lost it on September or August 31st.

Brittney: Oh, okay. Your zip code, please?

Mary: ███.

Brittney: ███ Perfect. Your birthday, please?

Mary: ███.

Brittney: ███. She's from Illinois. Can we help Illinois? Okay. So, we can do something for you. I have an agent right next to me, and he's going to give you a quote for an individual plan in your state. Okay?

Mary: Okay.

Adrian: How are you doing? My name's Adrian. I'll be your benefits director today.

Mary: Hello.

Adrian: All right. Well, I see you're looking for an individual plan. No problem. All right. I'm your licensed agent. I'll be able to help you out with that, no problem. Your first name's Mary?

Mary: Yes.

Adrian: All right. Perfect. And, let's see here. Do you currently have health insurance?

Mary: No.

2

Adrian: All right. Perfect. [inaudible 00:03:01]. All right. Okay, so I'm going to put you on a brief hold, enter your date of birth, zip code, and state into my nationwide database and find [inaudible 00:03:11], and we'll go from there. Okay?

Mary: Thank you.

Adrian: You're welcome. Hold one moment.

Adrian: ▇

Adrian: All right. 294.13 a month, I qualified you for. Is that affordable for you for going with the policy?

Mary: I'm sorry, how much?

Adrian: 294.13 a month.

Mary: 94.13 and what does that cover and who is that with?

Adrian: All right, let me go over the policy. It's a MultiPlan PPO policy, same network as United Healthcare and Blue Cross Blue Shield. So, it gives you the freedom to pick and choose any doctor, hospital, or urgent care center in the country. You'll have full coverage for doctor visits, specialists, hospitalization, in and out patient surgery, testing, diagnostics, wellness, lab work, blood work, CT scans, MRIs. For your doctor visits, your first three visits is zero copay. After your third visit it's a 25 dollar copay each time after the third visit. Also, you have qualify for zero deductible policy, so you do not have a deductible to meet before your policy kicks in. So, once you sign up today, your effective date will be midnight tonight December 21, 2018. Okay?

Mary: And what ... This is with who?

Adrian: Multiplan PPO, same network as Blue Cross Blue Shield, United Healthcare.

Mary: Okay. And PPO?

Adrian: Yes ma'am. Then, all right so let's see here. Okay, so our next step here is to lock in this premium and then that way we can get you transferred to verification where they're going to email you a policy with your temporary I.D. card. Then, and then after that, five to seven business days for your hard I.D. copies in the mail.

Mary: What do I need to do to get this plan?

Adrian: Our next step is to go ahead and fill out the app. Let me grab an application real quick. Give me one second. All right. How do you spell your first name for the application?