| uniqueid | channel | server_ip | caller_id_number | caller_id_name | extension | call_date | did_id | did_route |
|---|---|---|---|---|---|---|---|---|
| 1520975649.7779 | SIP/sgw1-0000071d | 192.168.201.44 | 7085135774 | 7085135774 | 3212610979 | 2018-03-13 17:14:09 | 14 | IN_GROUP |
| 1521210491.1593 | SIP/sgw1-00000157 | 192.168.201.44 | 7085135774 | 7085135774 | 3212610979 | 2018-03-16 10:28:11 | 14 | IN_GROUP |
| 1537460632.1001 | SIP/R2Q-DIRECT-0000056a | 192.168.201.44 | 7085135774 | 17085135774 | 9792015297 | 2018-09-20 12:23:52 | 48 | IN_GROUP |

Plaintiff-Specific HAA did_log Data