**<u>Exhibits N-O, Q-U, X-Z, BB, FF-MM, OO-UU</u>**

**(Filed Under Seal Pursuant to L.R. 26.2)**