Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3

 4    MARY BILEK, individually       )
      and on behalf of others        )Case No. 1:18-cv-03083
 5    similarly situated,            )
                                     )
 6                   Plaintiff,      )
                                     )
 7                                   )
      v.                             )
 8                                   )
      NATIONAL CONGRESS OF EMPLOYERS,) Hon. Judge
 9    INC., NATIONAL BENEFIT BUILDERS) Charles R. Norgle, Sr.
      INC., ACCESSONE CONSUMER HEALTH,)
10    INC., UNIFIED LIFE INSURANCE    ) Hon. Mag. Judge
      COMPANY, HEALTH INSURANCE       ) Jeffrey T. Gilbert
11    INNOVATIONS, INC., and DOES    )
      1-10,                          )
12                                   )
                     Defendants.     )
13    --------------------------------

14                          Brickell Key Court Reporting
                            701 Brickell Avenue, Ste 1550
15                          Miami, Florida  33131
                            Thursday October 3, 2019
16                          9:00 a.m. - 11:50 a.m.

17                   DEPOSITION

18                        OF

19                   SEAN DUFFIE

20

21          Taken before Aleida Vazquez, Court Reporter

22    and Notary Public in and for Dade County, State of

23    Florida at Large, Pursuant to Notice of Taking

24    Deposition.

25
```

**CERTIFIED TRANSCRIPT**



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

2..5

Page 2

```
 1   APPEARANCES:
 2                    BURKE LAW OFFICES, LLC
                      BY:  Alexander H. Burke, Esquire
 3                    155 N. Michigan Avenue
                      Suite 9020
 4                    Chicago, Illinois 60601
                      On behalf of the Plaintiff.
 5
 6                    GREENSPOONMARDER
                      BY: Dariel Abrahamy, Esquire
 7                    2255 Glades Road
                      Suite 44-E
 8                    Boca Raton, Florida 33431
                      On behalf of Defendant HII.
 9
10                    LAW OFFICES OF JOSEF M. MYSOREWALA
                      BY: Josef M. Mysorewala, Esquire
11                    1750 Coral Way, 2nd Floor
                      Miami, Florida 33145
12                    On behalf of Defendant NCE.
13
                      MARK MIGDAL & HAYDEN
14                    BY:  Yaniv Adar, Esquire
                      80 SW 8th Street
15                    Suite 1999
                      Miami, Florida 33130
16                    On behalf of the Witness.
17
18   APPEARING BY TELEPHONE
19   Ethan Brown
20   Charles Messina
21   Janis Rosenthal
22   Matthew Oorbeek
23
24
25
```

Page 3

```
 1                     INDEX
 2
 3   WITNESS              DIRECT      CROSS
 4   SEAN DUFFIE            4          --
 5
 6                     ***
 7        * * * E X H I B I T S * * *
 8   PLAINTIFF                         PAGE
 9   Exhibit A - Assignment of Commissions     37
10   Exhibit B - VICIdial document            66
11   Exhibit C - Email                        68
12   Exhibit D - NCE Health Choice+ document  71
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1       (Thereupon, the following proceedings were had.)
 2   Thereupon,
 3              SEAN DUFFIE
 4       having been first duly sworn was examined and
 5       testified under oath as follows:
 6              DIRECT EXAMINATION
 7   BY MR. BURKE:
 8       Q.   Would you state your name, please.
 9       A.   Sean Duffie.
10       Q.   Mr. Duffie, what do you do for a living?
11       A.   Sell insurance.
12       Q.   And how long have you been selling insurance?
13       A.   Since 2007.
14       Q.   What's the highest level of education you
15   obtained?
16       A.   Some college.
17       Q.   And did you go straight from college to
18   selling insurance or was there stuff in between?
19       A.   No, that's exactly what I did.
20       Q.   Okay.  And --
21           MR. OORBEEK:  Excuse me, I'm having an
22   extremely hard time hearing the witness.  Is there any
23   way you can talk a little louder or move the microphone
24   closer?
25           THE WITNESS:  Is that better, sir?
```

Page 5

```
 1           MR. OORBEEK:  Much better.
 2   BY MR. BURKE:
 3       Q.   When you first started selling insurance,
 4   where did you work?
 5       A.   Cynergy Health.
 6       Q.   And can you just give me, for expedience sake,
 7   sort of the rundown of your insurance sales career over
 8   the last 12 years.
 9       A.   Worked at Cynergy Health.  I worked for, I
10   think, it was Vital One.  Then I worked for the
11   Silverstein's, Cohen's, iCan and also Medigap Direct and
12   then I worked on my own.
13       Q.   And when did you first start working on your
14   own?
15       A.   2013, 2014, maybe.
16       Q.   And what is the name of your company?
17       A.   I don't have a company now.
18       Q.   It's just you?
19       A.   Yeah.
20       Q.   Okay.  So it's Sean Duffie Insurance Agency or
21   something like that?
22           MR. ADAR:  I don't mean to interrupt the flow,
23   I think if you're asking the question, what Sean is
24   saying is, the company that he may have used back then,
25   is no longer existing now.  So the question you're
```



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

6..9

Page 6

1  asking is, what company were you using when you were on
2  your own, you may want to clarify.
3  BY MR. BURKE:
4     Q.  Okay.  So when you started out, it is accurate
5  that you were just on your own?
6     A.  That's correct.
7     Q.  Okay.  At some point after you started working
8  on your own, did you incorporate or anything like that?
9     A.  Later on, when I partnered with HAA.
10    Q.  Okay, what is HAA?
11    A.  Health Advisors of America.
12    Q.  And what is it?
13    A.  It's an insurance agency.
14    Q.  When did you start working with HAA?
15    A.  I think mid-2017.
16    Q.  And how did you get paired up with HAA?
17    A.  Well, I mean, me and Michael talked about --
18  want me to continue?
19    Q.  Yeah, please continue.
20    A.  Okay.  Well, we -- I partnered up with Mike
21  because I needed HAA for some support.  As far as
22  computers, monitors, rent, desks, cafeteria, you know
23  kitchen, things of that nature.
24    Q.  And you mentioned Mike, who is Mike?
25    A.  He was my partner at the time.

Page 7

1     Q.  Mike?
2     A.  Smith.
3     Q.  And did HAA exist when you joined or were you
4  part of like beginning of that company or that agency?
5     A.  Really, I don't know.  I don't know, you know,
6  how long they -- or when they started, but that's when I
7  partnered up with him was to do that.
8     Q.  And so how did that work, did you know Mike
9  from beforehand or did you --
10    A.  Yeah, yeah, we worked together as agent a
11  while back.
12    MR. ADAR:  Sorry, Sean, so I know this is your
13  first deposition, she's trying to write down everything
14  that she possibly can and she's going to appreciate
15  this.  You have to wait until Alex finishes his
16  question.  I'm probably not going to have too many
17  objections, but give me an opportunity if I need to.
18  But what's very important is wait until he finishes his
19  question --
20    THE WITNESS:  Okay.
21    MR. ADAR:  -- so she can write it down and
22  then answer it.  Try not to speak over each other, okay?
23    THE WITNESS:  You got it.
24    MR. ADAR:  Thanks.  Sorry, for interrupting,
25  Alex.

Page 8

1  BY MR. BURKE:
2     Q.  To your knowledge in 2017, when you started
3  working with HAA, was Mike Smith also an insurance
4  agent?
5     A.  Can you repeat the question?
6     Q.  Was Mr. Smith an insurance agent when you guys
7  were working together, to you knowledge?
8     A.  When we were working together when?
9     Q.  Through HAA.
10    A.  When we first partnered?
11    Q.  Right.
12    A.  Yes.
13    Q.  Did Mr. Smith stop being an insurance agent
14  between 2017 and today, to your knowledge?
15    A.  I mean, you would have to ask him about that,
16  I don't know.
17    Q.  Okay.  How long did you work with HAA?
18    A.  Up until, I think it was the beginning of this
19  year, maybe.
20    Q.  And in the beginning of this year, 2019, is it
21  your understanding that HAA closed its doors, or did you
22  just leave?
23    A.  Well, I mean, I went on to do my own stuff
24  because it just wasn't -- with the cost of the leads it
25  wasn't becoming profitable.  So I just went to do -- I

Page 9

1  went to go back and I went to do my, you know, to do my
2  own venture.
3     Q.  So, is it accurate to say that you were
4  working with HAA between around 2017 to the beginning of
5  2019?
6     A.  Yeah, that's correct.
7     Q.  You mentioned leads a minute ago, what did you
8  mean when you were talking about leads being too
9  expensive?
10    A.  Well, I mean, it's pretty costly for leads to
11  get live transfers, so it cost a lot of money.
12    Q.  How much does it cost to get a live transfer?
13    A.  I mean it could vary, you have to bid on them.
14    Q.  Let's back up for a second, what is a live
15  transfer?
16    A.  Someone goes online looking for insurance,
17  they opt in to have, I guess, the marketing company call
18  them.  And then they transfer it over to me so that I
19  can try to help them find the insurance.
20    Q.  So there's a phone call involved somewhere,
21  right?
22    A.  Correct.
23    Q.  Okay.  Where does the phone call happen with
24  the live transfer?
25    A.  Can you rephrase the question?  I don't



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

10..13

**Page 10**

1  understand what you mean.
2      Q.  In the live transfer scenario, is it correct
3  that there's a phone call that's transferred to HAA's
4  office?
5      A.  I mean, I don't know the particulars, but I
6  know that it goes into the service that they're using
7  and then it goes to me and then I talk to the clients
8  and try to make the sale.
9      Q.  Okay.  And during 2017, 2018, while you were
10  at HAA, when those live leads or the live transfers came
11  in, who was manning the telephone, as those calls came
12  in?
13      A.  What do you mean, manning the telephones?
14      Q.  Who spoke with the consumer as the phone calls
15  came in?
16      A.  Me.
17      Q.  Were there other people who were also handling
18  those inbound phone calls?
19      A.  Well, I mean, I had --
20      MR. ADAR:  I'm going to object to that, form.
21      THE WITNESS:  Okay.
22      MR. ADAR:  And -- go ahead.  So sorry, Alex
23  I'll give this quick instruction on running objections.
24  I may object from time to time, that's just for the
25  objection to be preserved for the court reporter to

**Page 11**

1  write down.  Unless I specifically tell you otherwise,
2  let me say my objection and then you can answer the
3  question.  The only reason why I would tell you not to
4  answer, is likely because of some communication you had
5  with me or some other attorney, in which case I'll tell
6  you do not answer.  But unless I give you that specific
7  instruction, once I make my objection answer the
8  question.  If you need him to repeat it, he'll be happy
9  to repeat.
10      THE WITNESS:  All right.
11  BY MR. ADAR:
12      Q.  So other than you, were there other folks at
13  HAA that were receiving these transfer calls?
14      A.  Well, I had insurance agents under me.
15      Q.  Okay.  And generally how many insurance agents
16  under you were there?
17      A.  About four.
18      Q.  Okay.  Other than you and the roughly four
19  insurance agents, were there any other people at HAA
20  that were receiving live transfer calls between 2017 and
21  the beginning of 2019?
22      A.  I mean, I really don't recall.  I just worried
23  about me and my team.
24      Q.  Okay.  Did Mr. Smith have a team as well?
25      A.  With me, he was partners with me.

**Page 12**

1      Q.  He was part of your team, yes?
2      A.  Yes.
3      MR. ADAR:  And you can't nod your head,
4  there's no video.
5      THE WITNESS:  You got it.
6      MR. ADAR:  You have to say yes or no so she
7  can report it.
8  BY MR. BURKE:
9      Q.  So, were there other insurance agents other
10  than you and Mr. Smith and the folks that were under you
11  guys that were handling those inbound live transfer
12  calls at HAA during that time period?
13      A.  I really don't recall.  I really don't recall.
14      Q.  Like Mr. Cox?
15      A.  I don't know anything about that, I'm sorry.
16      Q.  Okay.
17      A.  Maybe you can rephrase the question.
18      Q.  I mean, who were the other people that were at
19  HAA that you remember during that time period?
20      A.  Well, it was me with my agents and I was
21  partner with Mike, but we had our own team.  So we just
22  focused on what we were doing.
23      Q.  Okay.  Were there other people at HAA other
24  than --
25      A.  There probably was other people there, I'm

**Page 13**

1  sure there was, but I had no involvement with them.
2      Q.  So, you don't even know who they were?
3      A.  I mean there's other agents there, but I
4  didn't personally know them.
5      Q.  Where did you go to work when you were working
6  for HAA, physically?
7      A.  To the office.
8      Q.  Where was the office?
9      A.  In Fort Lauderdale.
10      Q.  Okay.  What was the address?
11      MR. ADAR:  If you don't remember the exact
12  address, you can give him a street.
13      THE WITNESS:  It was 33rd and Commercial.
14  BY MR. BURKE:
15      Q.  And was the Fort Lauderdale address for HAA,
16  was that just for you and Mr. Smith and your team or was
17  it for all of HAA?
18      A.  Well, I mean, I don't want to speak on, you
19  know, the behalf of what he had going, which I really
20  don't know all the details of what he did on his side,
21  but I mean there was other people there for them.
22  That's why I went to him because he was providing me
23  with the rent and the office, you know, the cafeteria
24  for my agents.  So that's, you know, that's why I went
25  to him.  But, you know, maybe he had other people there



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

14..17

Page 14

1  as well that he did stuff with, but I don't know about
2  his business what he did outside with me. But what me
3  and him did together, that's what I know about.
4      Q.  All right. So, you go into the building at
5  33rd and Commercial in Fort Lauderdale and you press the
6  elevator button and you get off the elevator, where do
7  you go?
8      A.  Well, there wasn't an elevator, but you just
9  walk into the office.
10     Q.  All right. And what do you see as you walk
11 into the office?
12     A.  Computers and desks.
13     Q.  All right. And roughly how many are at the
14 location, 50 or 10 or 100?
15     A.  I don't know. You want me to guess?
16     Q.  I want you to give your best estimate?
17     A.  Guess-estimation, I don't know, could be 50.
18     Q.  Okay. So would it be fair to say that there
19 were more computers than just the five folks that we've
20 talked about, Mr. Smith and roughly four agents
21 underneath you guys, is that right?
22     A.  Yes.
23     Q.  Okay. And when you walked into work, you
24 know, was it typically -- was the room full of people
25 working?

Page 15

1      A.  Yeah, there was people there working.
2      Q.  Okay. Was it your understanding that the
3  entire office was HAA?
4      A.  I mean, it was HAA office that I went to.
5      Q.  Okay. And were the people that you saw at
6  HAA's office, were they primarily on the telephone all
7  day, you know, taking leads, was that your observation?
8      A.  I mean, honestly I was more focused on what my
9  guys were doing. I wasn't really paying attention to
10 them.
11     Q.  No, I understand, but like when you walk into
12 a room you have a sense of what's happening. I mean,
13 what was going on at HAA between 2017 and 2019, just as
14 far as your observation?
15     A.  I mean, our team was taking inbound calls and
16 writing insurance policies for several different
17 insurance companies.
18     Q.  I understand. So, what was your sense of what
19 everyone else was doing at HAA while you guys were doing
20 your thing?
21     A.  I assume that they would be selling insurance.
22     Q.  Okay. And it was your -- was it your
23 assumption that they were selling insurance roughly in
24 the same way, taking leads by transfers and trying to
25 sell insurance on the phone?

Page 16

1      A.  I mean, I would guess. I really don't know.
2      Q.  Okay. Who is Zach Cox?
3      A.  Zach Cox, I think was partnered, if I'm not
4  mistaken, with HAA.
5      Q.  Okay. All right. Have you ever heard of a
6  company call Rising Eagle?
7      A.  Maybe, it sounds familiar.
8      Q.  Okay. What about Rising Eagle sounds
9  familiar?
10     A.  Maybe it was one of the lead vendors.
11     Q.  Okay. And when you say lead vendors, do you
12 mean one of the companies that sent live transfers to
13 HAA for selling insurance?
14     A.  Yeah, because me and Mike, what we would do
15 is -- you know, I tried to listen to his question and answer the question he
16 but he dealt with a lot of this stuff. But, you know,
17 we would purchase leads from like All Web, Datalog, you
18 know things of that nature, so that's where we got a lot
19 of transfers from. I think that was one of the
20 companies that we got our transfers from.
21     MR. ADAR: Sean, I know you're eager, but try
22 to listen to his question and answer the question he
23 asks. It's obvious you can say whatever you'd like, but
24 it's a much longer process.
25     THE WITNESS: I'm trying to do the best I can.

Page 17

1      MR. ADAR: No, I know, but try to answer the
2  question he asks.
3      THE WITNESS: Okay.
4  BY MR. BURKE:
5      Q.  And do you have any recollection of how much
6  leads cost that were coming from Rising Eagle?
7      A.  Oh, I mean, the thing is I know that we had
8  lead cost involved, but all the vendors are different
9  and there's like different bids that you have to do in
10 order to get the live transfers because there's other
11 rooms bidding on them. So I don't know the exact cost
12 of everything, but I know there was a total that me and
13 him had to split.
14     Q.  And how does that bidding process work? What
15 do you guys have to do to engage in a lead bidding
16 process?
17     A.  I mean, that's something that Mike would
18 handle for me. I was really mostly focused on the room.
19 I know that we would get involved in lead vendors and
20 making sure we have live transfers and try to keep the
21 cost down as much as possible, but he was the one that
22 was doing the purchasing.
23     Q.  Okay.
24     A.  So he would just come to me with the prices
25 and here's what we have to split.



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

18..21

Page 18

1    Q.   So when a lead came in on the telephone, I
2   would imagine you and the other agents were sitting
3   there in front of a computer with a headset on, is that
4   right?
5    A.   Correct.
6    Q.   Okay.  And what happened -- how did it work,
7   when a lead comes in, the phone rings, probably gets
8   routed to one of these insurance agents, is that right?
9    A.   It comes in and the agent picks up, you know,
10   are you looking for individual coverage, family
11   coverage.
12    Q.   Okay.  And say the person says, yes, I'm
13   interested in insurance, you know, individual coverage
14   or family coverage, then what happens?
15    A.   Then what we do is we impartially shop
16   different carriers to try to find the most comprehensive
17   coverage at the best rate.
18    Q.   Have you ever heard of Health Insurance
19   Innovation or HII?
20    A.   Yes.
21    Q.   What is HII?
22    A.   They're third party administrator that has
23   different insurance companies on their platform.
24    Q.   Did you work with HII when you were at HAA?
25    A.   That was one of the companies that we sold --

Page 19

1    Q.   Okay.
2    A.   -- products for.
3    Q.   When you were selling HII insurance, how did
4   that work?
5    A.   Well, you go to the portal.
6    Q.   Okay.
7    A.   And you put in like your date of birth, ZIP
8   code, and, you know, whether they're smokers, whether
9   they have children or not and then pulls up several
10   plans and you try to find the best plan to suit that
11   client.
12    Q.   When you did that, did you also enter like a
13   name and an address as part of the process?
14    A.   No, just ZIP code.
15    Q.   ZIP code.
16    A.   ZIP code, date of birth, whether smoked in the
17   last 12 months, you know, whether they have a spouse,
18   children.  And then it would give you a quote in that
19   area for several different policies.
20    Q.   And when you say HII portal, tell me what does
21   that mean?
22    A.   You have to log in.  So once you logged in,
23   you go to like a quoting screen and you quote and that
24   way you can pull up the different plans in that person's
25   area to see what plan is best for then.

Page 20

1    Q.   You mean like you log in on the Internet?
2    A.   Right.
3    Q.   And is that just with a regular browser or was
4   there like a special application you had to install on
5   your computer for it?
6    A.   No, you just go through one of the web
7   browsers.
8    Q.   Okay.  And so did each agent have an
9   individual log in?
10    A.   Correct.
11    Q.   Okay.  And so for example what was your, your
12   log in name?
13    A.   I don't recall.  I use so many different ones
14   for different insurance carriers, I don't remember what
15   it was.
16    Q.   Okay.
17    A.   But you have to log in with your password, and
18   you go in and you get your quotes.
19    Q.   Okay.  So you rattled off a few bits of
20   information that are taken at the beginning of the phone
21   call, but I didn't write them down.  I think you said
22   ZIP code?
23    A.   ZIP code, date of birth, whether smokers,
24   nonsmoker and then whether they have spouse or
25   dependents.

Page 21

1    Q.   Okay.  Anything else you can remember in that
2   first round?
3    A.   That's all you needed.
4    Q.   Okay.  And so you enter that information and
5   you probably like press search or something like that on
6   HII's portal?
7    A.   Yeah, you hit quote.
8    Q.   Okay.  And after you hit quote, then what do
9   you see?
10    A.   You see all the plans in that person's area.
11    Q.   Okay.  And did HII's portal present competing
12   insurance plans in the same quote?
13    A.   They had different insurance companies.
14    Q.   They did.  So when you were working with HII,
15   what are some of the insurance companies that you
16   remember sometimes were quoted?
17    A.   Well, you had like Vitalacare.  You had
18   Consolicare, Health Choice plus.
19    Q.   What about Unified Life Insurance?
20    A.   I don't recall that one.
21    Q.   What about?
22        MR. OORBEEK:  Could you repeat that one.  I'm
23   sorry, I couldn't hear what you said about Unified Life?
24        MR. ADAR:  He doesn't recall.
25        MR. OORBEEK:  Doesn't recall, okay.



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

22..25

Page 22

1  BY MR. BURKE:
2      Q.  Well, say the quote is successful, the person
3  is interested in one of these policies or multiple
4  policies, then what would you do as the agent?
5      A.  We fill out the application, send them the
6  verification.
7      Q.  And the application, does that all happen
8  through the portal, the HII portal?
9      A.  It's all electronic.
10     Q.  Okay.  Through HII's portal?
11     A.  Through that quoting system.
12     Q.  Okay.  So what was the additional information
13  that you had to input into HII's portal in order to find
14  coverage?
15     A.  Well, you know, you had to put in their
16  personal information and billing information so you can
17  send out the policy to them.
18     Q.  And is it accurate to say that the policy
19  information is sent to the consumer through e-mail by
20  HII?
21     A.  Can you rephrase the question?
22     Q.  How did HII communicate the insurance quotes
23  to consumers arising from these --
24     A.  Well, they send the e-mail over so they can --
25  because the client has to sign off on it, so they see

Page 23

1  everything there.
2      Q.  Okay.  So, is it accurate to say that HII
3  sends the consumer an e-mail with a link that contains
4  the information necessary to bind coverage?
5      A.  How it works is, they send over the link,
6  client clicks on the link, they check all boxes, type in
7  their name and hit submit.
8      Q.  Okay.  And who sends the e-mail to the
9  consumer is it HAA or HII?
10     A.  Well, when we're filling everything out, we
11  hit submit, that link goes to the consumer.
12     Q.  Okay.
13     A.  We hit submit to send the link through them,
14  through that quoting system.
15     Q.  Through the HII quoting system?
16     A.  Through their quoting system, yeah.
17     Q.  And --
18     A.  Yes.
19     Q.  At what time does the consumer have to pay?
20     A.  I would assume once they hit submit and agree
21  to their policy.
22     Q.  So did your office at HAA ever take checking
23  or credit card information from consumer?
24     A.  Us as agent do.
25     Q.  Okay.  During that first live call, the live

Page 24

1  transfer call, did you take payment information?
2      A.  The call with them on the phone.
3      Q.  Okay.
4      A.  When they're ready to sign on.
5      Q.  Okay.  At some point during that initial live
6  transfer call, was there like some sort of verification
7  process or something like that?
8      A.  Well, the verification process is us sending
9  out the e-mail and verifying their information is
10  correct.  And verifying that this is the benefits that
11  we discussed with them so there's no misrepresentation
12  and that was the verification process.
13     Q.  Have you ever heard of NCE or National
14  Congress of Employers.
15     A.  I don't recall.
16     Q.  Have you ever heard of National Benefit
17  Builders?
18     A.  I don't recall that either.
19     Q.  Do you recall issuing quotes or policies for
20  companion life insurance?
21     A.  I mean, we had a companion life insurance
22  through A-1 that we used to sell through A-1.
23     Q.  I mean through -- I should have been more
24  specific, through HII?
25     A.  The companion that we sold was through A-1.

Page 25

1  It was a short term through A-1.
2      Q.  Okay.  Any other insurance, life insurance
3  that you can remember that was sold through HII?
4      A.  Life insurance policies?
5      Q.  Yeah.
6      A.  Like actual term life, whole life, what do you
7  mean?
8      Q.  I'll take a step back.  I'm interested in
9  learning what HAA sold through HII?
10         MR. ADAR:  Can we go off the record for just
11  one second, is that okay?
12         MR. BURKE:  Okay.
13         (Thereupon, a discussion was had off the
14         record, after which time the proceeding
15         continued as follow:)
16  BY MR. BURKE:
17     Q.  So, when you were working with HAA, did you
18  have your own sort of partitioned insurance company?
19     A.  Well, we had an insurance agency, Duff
20  Insurance Agency that was my agency.
21     Q.  Were you working through Duff Insurance
22  Group -- were you working through Duff Insurance Group
23  the whole time --
24     A.  Yes.
25     Q.  -- that you were working with HAA?



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019                                                    26..29

Page 26

1    A.   That I was partnered with them?
2    Q.   Yes.
3    A.   Yes, it was under my agency, Duff Insurance
4  Group.
5    Q.   Okay.  So then if HAA wasn't an insurance
6  agency, what was it -- or maybe it was, I'll rephrase
7  the question.  What was HAA?
8    A.   Well, they're partners to me because they
9  would help me with support, they would give me -- you
10 know, help me with the rent, gave me support with
11 computers, the Internet, you know, break room for my
12 agents.  So, that's what they were for me, it was a
13 partnership that.  That's why I really needed to
14 partner with them at that time was for that support.
15    Q.   And who was the boss at HAA, was it Mr. Smith?
16    A.   I don't know what, you know, what entails with
17 that, but I know he was 50 percent partner with me, with
18 my agency.
19    Q.   Well, to your understanding, who was in charge
20 at HAA?
21    A.   I mean, like I said before, I don't know all
22 the inner-workings to that, but I do know that he was
23 part of it, Michael Smith.  But I don't know if he had
24 partners or how that works, but I know he was partners
25 with me, with Duff Insurance Group.

Page 27

1    Q.   And so it is accurate to say that your
2  partnership was sort of like, it was a 50/50 and
3  Mr. Smith and HAA was 50 and Duffie Insurance Group was
4  50.
5    A.   Yeah, we split it 50/50.
6    Q.   All right.
7    A.   The profits.
8    Q.   Okay.
9    A.   Because he was providing me with, you know,
10 the rent and the room, with everything so that's why we
11 agreed upon the 50 percent profit.
12    Q.   Okay.  And when you quoted insurance through
13 HII, how did Duffie Insurance Group or HAA, how did you
14 guys make money?
15    A.   From -- well, when you sold the policy, they
16 stay on the books and you get, you know, commission from
17 that.
18    Q.   Okay.  And did Duffie, Duff Insurance Group
19 receive commissions directly from HII?
20    A.   Yeah, I mean they would get the commissions
21 sent to us through them.  Yeah, through them and several
22 other insurance companies.
23    Q.   So HII paid Duff Insurance Group for policies
24 that were written through its policy portal, is that
25 right?

Page 28

1    A.   Yeah, any insurance policy that we sold, we
2  got a commission from them.
3    Q.   Okay.  I've read somewhere that there may have
4  been a program at HII to assist with marketing costs?
5       MR. ABRAHAMY:  Object to the form.  There was
6  no question.
7  BY MR. BURKE:
8    Q.   Have you heard anything about that?
9    A.   I don't recall anything like that.
10    Q.   Okay.
11    A.   I know we just got commissions from the
12 policies that we sold.  But I know that me and Mike were
13 paying for the leads.
14    Q.   Okay.  How did it work to pay for the leads
15 that came from Rising Eagle?
16    A.   I know with all the leads, Mike would come to
17 me and say, listen, this is the amount that we spent for
18 live transfers.  This is how much we made, you know.
19 And that's how we paid them accordingly.  But he handled
20 that for me because I didn't want to deal with that.  I
21 just wanted to stay focused on my room and my guys.
22    Q.   And did you have scripts when a call -- a live
23 transfer for a call came in, how did you know what to
24 say to the consumer?
25    A.   Well, I mean, we had training already and

Page 29

1  these guys are licensed insurance agents already, so the
2  guys I had on my team have been doing this for a while.
3  So, you know, you train them and it's the same
4  repetition over and over again.  You know, you just find
5  out what their needs are, go over the different --
6  impartially shop different companies and then offer the
7  best rates.  It's very simply, you didn't really have to
8  stick to a script or anything.  I didn't really believe
9  in scripts, I guess, it was my thinking.
10    Q.   What about the other agents that you worked
11 with at Duff Insurance Group, did they have scripts?
12    A.   No, my guys didn't have any scripts.  I just
13 trained them a certain way and we monitored them and
14 expected them to sell exactly how I taught them.
15    Q.   Did you or HAA to your knowledge ever receive
16 consumer complaints about telemarketing?
17    A.   I mean, I hadn't received them, Marsha did.
18    Q.   Who's Marsha?
19    A.   She was in charge of back office.
20    Q.   Do you know Marsha's last name?
21    A.   Griffin, Marsha Griffin.
22    Q.   And when you say she was in charge of back
23 office, what does that mean?
24    A.   Well, that was part of the service we had.
25    Q.   Okay.



BRICKELL KEY
COURT REPORTING
WWW.BRICKELLCOURTREPORTING.COM
305.407.9993

MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

30..33

Page 30

1    A.   So she handled a lot of stuff for me, so I can
2  focus on my rooms.  So, I mean, she's told me there was
3  complaints before.
4    Q.   Okay.  Do you have any understanding of how
5  HAA or Duff Insurance Group dealt with complaints?
6    A.   Well, I made sure I put them on the internal
7  do not call list and do whatever I can to make sure they
8  were happy.  You know, I don't want to call people that
9  don't want to be called.
10    Q.   So, what was the internal do not call list you
11  just mentioned?
12    A.   Well, we had that because if someone doesn't
13  want us to call them, there's no reason for us to
14  continue to call them and harass them, so we put them on
15  that do not call list and it takes them out of database
16  so that we don't get those calls anymore.
17    Q.   You mentioned a database, what do you -- what
18  are you talking about, a database?
19    A.   Well, when the leads come in, that's where you
20  dial out from, but there's like a list when they come in
21  you have that list and the list that you're getting, you
22  can put them on a do not call list so you don't have to
23  get those calls any more.  Cause you don't want to call
24  people that don't want to be called, it makes no sense.
25  That's why you pay a lot of money to call people that

Page 31

1  want to be called.  It's very important for us to make
2  sure that every sale that we focus on is profitable.
3    Q.   So the database you mentioned, is that -- was
4  that housed with a company call VICIdial?
5    A.   I don't really know all the back end stuff, I
6  didn't really do all that, but I know that when we got
7  the live transfer they came in through the dialer.
8    Q.   Okay.
9    A.   And it was like set for my room.  So I had
10  specific leads that would go to my room.
11    Q.   And do you have any understanding of how the
12  dialer knew to route certain leads to your room?
13    A.   I don't.  I don't have an understanding how it
14  works, but I know however they set it up, it comes to my
15  team.  And that's why me and Mike were paying for those
16  leads to come to my team.
17    Q.   Have you ever heard of a DID in terms of
18  telephones or leads or --
19    A.   Lost me, I don't know.
20    Q.   Okay.  And when you say specific calls were
21  routed to your team, do you mean Duff Insurance Group
22  within HAA?
23    A.   Duff Insurance Group is the leads that we got,
24  specifically for us.
25    Q.   Based on your earlier description, I would

Page 32

1  understand that there were other insurance groups that
2  were part of HAA, would you agree with that?  It wasn't
3  just Duff Insurance Group?
4    A.   So, can you ask me that question again?
5    Q.   What were the names of the other insurance
6  groups that were working with HAA between 2017 and 2019?
7    A.   Well, the different insurance carriers that we
8  had, you know, we had like A-1 that we sold.  We sold
9  Agentra.  We also had, we had AOBG, which was five stars
10  and Aflac.  And we sold some United Healthcare as well.
11    Q.   What were the other groups that were part of
12  HAA?
13    A.   Those were the other insurance carriers that
14  we sold.
15         MR. ADAR:  He's not asking you what you were
16  selling.  He's asking you -- sorry Alex, if I can
17  just --
18         MR. BURKE:  Yeah, it's okay.
19         MR. ADAR:  He's asking whether you knew if
20  there were any agencies like Duff Insurance Brokerage
21  Group --
22         THE WITNESS:  I have no idea.
23         MR. ADAR:  -- that were working with HAA.  If
24  you can identify them.
25         THE WITNESS:  It didn't concern myself with

Page 33

1  other people.  It was not my business.  I was just
2  concern with what I was doing.
3         MR. ADAR:  He's not asking you what you're
4  concerned with, he's asking if you have knowledge.
5         THE WITNESS:  No.  The answer is no, I don't
6  have any knowledge of that.
7  BY MR. BURKE:
8    Q.   You never went to lunch with folks from the
9  office that were part of a different group?
10    A.   No, I did not.
11    Q.   Have you ever heard of an employee at HII
12  named Amy Brady?
13    A.   No.
14    Q.   How about Dan Garvuso?
15    A.   No.
16    Q.   You ever heard of Janis Rosenthal before this
17  morning?
18    A.   I didn't even hear about her this morning.
19    Q.   Okay.  The database where you entered do not
20  call information, what did it look like from your
21  computer screen?
22    A.   It was just disposition.  So, like once you're
23  done with that call, you go to disposition if they say
24  don't call me, please, ever again.  You know, sometimes
25  people go online and they get bombarded with calls once



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

34..37

Page 34

1 they look up quotes because, you know, the marketing
2 company who knows how many times they're selling that
3 lead, but, you know, they get bombarded with calls.
4 Maybe they've already talked with somebody else and
5 they're like, look I've already found a policy, please
6 do not call me again. Do not call, that's it.
7    Q.  And so was that a separate -- was that screen
8 separate from the HII portal or was it integrated into
9 the HII portal?
10    A.  No, it was the dialer, completely separate.
11 Had nothing to do with that. You understand the dialers
12 stand alone from all the different insurance companies'
13 portals. So you have third party administrators that
14 have several different insurance companies using their
15 portals or you have different insurance companies that
16 have direct portals. Those have nothing to do with the
17 dialer. The dialer is where we have the do not call
18 list.
19    MR. ADAR:  Try to just answer the question he
20 asks.
21    THE WITNESS:  Okay.
22    MR. ADAR:  Or we'll be here for a while.
23    THE WITNESS:  Got you.
24 BY MR. BURKE:
25    Q.  Okay. So, did you have to log in to the

Page 35

1 dialer as well?
2    A.  Yes, each one of my agents had to log in.
3    Q.  Okay. And was that also through like an
4 Internet browser?
5    A.  Yes.
6    Q.  Okay.
7    A.  It was.
8    Q.  Do you remember the website that you would go
9 to to log into the dialer?
10    A.  I don't recall. Whatever the http was, it's a
11 long thing, I don't recall what it was. But I know it
12 saved on there and you just logged in and go, quick
13 access.
14    Q.  And so the dispositions -- what were the
15 different dispositions that were available? One was do
16 not call.
17    A.  Gee, there's probably ten of them.
18    Q.  Okay. Tell me ones you can remember. Do your
19 best.
20    A.  Do not call. Not interested. Call back. No
21 money. Those are a few.
22    Q.  And were you able to search that dialer
23 database if you wanted to, for example for a particular
24 phone number?
25    A.  I don't want to make assumptions because I

Page 36

1 didn't do that. I would have Mike handle, you know, if
2 there's something like, hey, you know, this person, this
3 person here doesn't want insurance, you know, take them
4 out of the database or whatever. But it was just a do
5 not call disposition, but I didn't handle anything on
6 the dialer.
7    Q.  Okay. Was the do not call list, was that
8 shared by Duff Insurance Group with, for example, HII?
9    A.  No.
10    Q.  Was the do not call list shared with lead
11 vendors, like Rising Eagle?
12    A.  I mean, that I don't know to be honest with
13 you, I really don't know.
14    Q.  Who would know that?
15    A.  Maybe Michael might know that.
16    Q.  Okay. Anyone else?
17    A.  Not that I know of, no.
18    Q.  Who would you say was in charge of the do not
19 call list at HAA, was it Michael?
20    A.  It's a good question. I really don't know who
21 was in charge. I know he helped me out with that
22 portion, for me, for Duff Insurance Group. He was in
23 charge of it for me.
24    Q.  Okay. Are you aware of any times where phone
25 calls came in from people who had already asked to be

Page 37

1 placed on the do not call list?
2    A.  I don't recall that.
3    (Thereupon, Exhibit A was marked.)
4 BY MR. BURKE:
5    Q.  Let's look at Exhibit A.
6    All right. I've handed you a group of pages,
7 I think this is sort of a compilation of documents and I
8 put some page numbers on it.
9    A.  Okay.
10    Q.  Maybe I haven't. Those are originals, sorry.
11 Have you ever seen any of these documents before?
12    MR. ADAR:  Why don't we make this a little
13 clearer for the record. Why don't you start with the
14 first document Sean, instead of like -- can you look at
15 them and you see the first document or any of them
16 carefully read them, don't just go from the cuff.
17 BY MR. BURKE:
18    Q.  All right. So directing your attention to the
19 first page of Exhibit A, entitled assignments of
20 commission. Have you ever seen this document before?
21    A.  I mean the assignment of commissions, but I
22 mean a lot of insurance companies do that, when you're
23 doing the electronic documents on line. So, I mean,
24 I've seen assignment of commissions many times, but to
25 say I've seen this particular document per se, I don't

BRICKELL KEY
COURT REPORTING
WWW.BRICKELLCOURTREPORTING.COM
305.407.9993

MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

38..41

Page 38

1  recall.
2      Q.  Do you remember whether you signed an
3  assignment of commissions for HII?
4      A.  I know I filled out an online application, you
5  know, because you have to fill out an application to get
6  appointed with the insurance to be accepted.
7      Q.  Okay.
8      A.  So it's online application, you know, when I
9  first did it.
10     Q.  Do you have any recollection as to whether
11  you've assigned commissions with HII?
12     A.  What do you mean, assigned commissions to HII?
13     Q.  Well, so --
14         MR. ADAR:  Not to, with.  Did you ever assign
15  any commissions that you received from or affiliated
16  with HII.  With, not to.
17         THE WITNESS:  Did I receive commissions from
18  them, is that what you're asking?  Are you asking if I
19  signed paperwork to get commissions?  What are you
20  asking me exactly?
21  BY MR. BURKE:
22     Q.  Did you engage in any agreement with HII that
23  concerned assignment of commissions?
24     A.  I had commissions from HII and I filled out an
25  online application to receive commissions from HII.

Page 39

1      Q.  Okay.  But this document has to do with
2  assignment of commissions, which means --
3      A.  To who?
4      Q.  Right.  To HII?
5      A.  Why would I assign them my commissions?
6      Q.  I'm just wondering if you ever did.
7      A.  So you said with, he's saying to.  So which
8  one is it?
9         MR. ADAR:  Ignore me, he's the one asking the
10  questions I shouldn't have tried to clarify.  I retract
11  my clarification.
12         THE WITNESS:  So you're asking me if I
13  assigned commissions to HII?
14     Q.  Right.
15     A.  No.  Meaning that they would receive my
16  commissions?
17     Q.  Or a portion of your commissions.
18     A.  No.
19     Q.  To assist with marketing fees?
20     A.  Oh, no, of course, not.  I pay for all my
21  leads, me and Mike did.  We paid them out of our
22  profits.
23     Q.  Directing your attention to the top of the
24  page that says health insurance innovation sub agent
25  information form, does this page look familiar to you at

Page 40

1  all?
2      A.  I mean, again, I don't recall.  I know I did
3  fill out an online application to get appointed with
4  them, but I don't recall.  This was back in 2017 so I
5  don't recall if I'm looking exactly at this.  I've done
6  a lot of online applications for insurance carriers.
7  So, I don't recall seeing this particular --
8      Q.  Okay.  Are you aware of any written do not
9  call policy that was available to the public for HAA?
10     A.  What do you mean, exactly?
11     Q.  Some written policy that was available to give
12  out to the consumers having to do with do not call?
13     A.  A written policy that I had to give to
14  consumers?
15     Q.  A written policy that was available to
16  consumers concerning do not call, did that exist at HAA
17  to your knowledge?
18     A.  I don't understand the question.
19         MR. ADAR:  This is your show Alex, can I try
20  to clarify?
21         MR. BURKE:  I don't think so.
22         MR. ADAR:  I won't then.  I can't help you,
23  Sean.  If you don't understand the question, you can ask
24  him to clarify, but I can't clarify it for you.
25         THE WITNESS:  Yeah, I don't understand the

Page 41

1  question, can you please clarify?
2  BY MR. BURKE:
3      Q.  Did you ever see a written do not call policy
4  at Duffie Insurance?
5      A.  A written do not call policy from whom?
6      Q.  Any written do not call policy.
7      A.  That I created on my own?
8      Q.  That applied to Duffie Insurance.
9      A.  Well, if it's -- I mean, no, I don't recall
10  anything like that.
11     Q.  Okay.  Do you recall any written do not call
12  policy that applied to HAA?
13     A.  I don't recall.
14     Q.  Do you recall any communications with HII
15  concerning do not call?
16     A.  I'm sorry, I just don't recall.
17         MR. ADAR:  You don't have to apologize, just
18  answer the question.  He's asking what your memory is,
19  so answer them truthfully and to the best of your
20  ability.
21  BY MR. BURKE:
22     Q.  Do you remember any agreement with HAA, any
23  formal agreement with HAA concerning do not call?
24     A.  Well, I mean me and Michael Smith were very
25  concerned with it.  We talked about it, about do not



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

42..45

Page 42

1  call and how important it is. You know, for the very
2  reason that we don't want to get in trouble because we
3  know how serious it is. So, we made every effort to pay
4  more money to get the leads that were, you know, opted
5  in, people wanted to be contacted by insurance.
6      Q. What did you do to make sure that the leads
7  that you were purchasing at Duffie Insurance with opt-in
8  leads?
9      A. Well, me and Mike would, you know, pay extra
10 money to get leads through like All Web, Datalog so on
11 and so forth because those leads are represented as
12 opt-in leads from those lead vendors.
13     Q. What about Rising Eagle?
14     A. Supposed to be the same thing.
15     Q. And so was there ever a written contract with
16 Rising Eagle?
17     A. That I don't recall or know about, maybe there
18 could have been, I don't want to speculate on something
19 I don't know. But I know that, you know, we would
20 purchase leads that were opt-in from those vendors.
21     Q. And other than trusting what the lead vendors
22 said about the leads being opt-in, did Duffie Insurance
23 do anything extra to ensure that the leads truly were
24 opt-in leads?
25     A. We did everything that we could do available

Page 43

1  to us, which was purchase those live transfers.
2      Q. Okay. Did you do anything else?
3      A. That's all we did.
4      Q. Okay. What about HAA, are you aware of any
5  efforts that HAA made to ensure that the leads it was
6  purchasing from, for example, Rising Eagle, were opt-in
7  leads?
8      A. For Duff Insurance Group, the leads that we
9  purchased were all opt-in leads from those vendors.
10     Q. How do you know they were all opt-in leads?
11     A. That's why we had to pay the extra money, it
12 was more expensive.
13     Q. Other than paying extra money for the leads,
14 did you have any other reason to believe that the leads
15 truly were opt-in?
16     A. I was assuming that paying the extra money was
17 for those opt-in leads.
18     Q. Okay. So nothing else?
19     A. That's what we did.
20     Q. All right. When you were quoting policies
21 through HII's portal, were there sometimes sort of add
22 in or extra products or services or memberships that
23 were available?
24     A. Add-on products.
25     Q. Okay. Tell me about the add-on products, what

Page 44

1  do you remember?
2      A. Well, if somebody wanted a dental or vision or
3  if they wanted an extra prescription card, you know, we
4  would suggest to them, hey, if you take medication,
5  might be wise to get a prescription card or if you're
6  interested in dental, you know, would you like to get
7  dental and vision, things of that nature. You know,
8  maybe someone is concerned with life, we can get you an
9  accidental death and dismemberment plan. You know, you
10 can get this amount for this cost monthly. And if they
11 said they agreed to it, then we would add that to the
12 policy.
13     Q. And when you added that sort of stuff to the
14 policy, did you do that through the HII portal?
15     A. Yes.
16     Q. And were those extra, were the add ons sort of
17 part of the quote page that was presented to you or did
18 you have to sort of navigate to get to the add ons?
19     A. Well, it would depend because sometimes lets
20 say in some states the insurance carrier for that State
21 may not have had dental or vision so I may have to go
22 to, like, you know, another carrier and get a dental and
23 vision from them in that State and then, you know, we
24 would add that. It's separate because it's two
25 different insurance carriers. And, of course, the

Page 45

1  client would know what they're getting and we would
2  break it down for them in the verification, that this
3  is, you know, for this and this is for that and this is
4  your total amount monthly, whether they'll be two
5  separate bills. But, you know, sometimes they're either
6  on the same page or we had to navigate to a different
7  insurance carrier.
8      Q. And when HII represented insurance policies
9  through its portal for quoting during these live
10 transfer calls, would there be like multiple -- say, for
11 example, it's a life insurance quote, would HII show you
12 multiple life insurance quotations or would they just
13 sort of just recommend one, like this is the one that's
14 available, quote this one?
15     A. I think they had like four different ones.
16     Q. Okay. And so you were able to choose the one
17 that you wanted to pitch or give them all?
18     A. No, you try to offer them all and see what
19 they need because each person is different, one size
20 doesn't fit all. So, you know, you have to make the
21 effort to suggest to them, okay, if you need this amount
22 God forbid you pass away, you want something to cover
23 your mortgage, you have this amount so on and so forth.
24     Q. Do you have any idea whether HII knew that HAA
25 was using telemarketing?



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

46..49

Page 46

1      MR. ABRAHAMY:  Object to the form.
2      THE WITNESS:  Can you repeat the question?
3  BY MR. BURKE:
4      Q.  Do you have any idea whether HII knew that HAA
5  was using telemarketing?
6      MR. ABRAHAMY:  Object to the form.
7      THE WITNESS:  I don't have any idea about
8  that.
9  BY MR. BURKE:
10     Q.  Did you ever have occasion to speak to anyone
11  at HII on the phone, ever?
12     A.  That I would speak to them?
13     Q.  Right.
14     A.  No, I didn't speak to them directly.  Marsha
15  would handle a lot of the stuff for me.
16     Q.  And did Marsh deal with -- did Marsha assist
17  the other insurance groups at HAA in addition to Duffie
18  Insurance Group?
19     A.  I can't speak on that, I don't know.
20     Q.  Where was Marsha's desk in relation to your
21  desk in Fort Lauderdale?
22     A.  In a different office.
23     Q.  A different building?
24     A.  No, different office.
25     Q.  Different office.  How many offices were in

Page 47

1  the HAA offices?
2      A.  Two.
3      Q.  Two, okay.  One was Marsha's, is that right?
4      A.  Yeah, hers was in the back with Mike.
5      Q.  Okay.  And she had her own office?
6      A.  Yeah, with Michael.
7      Q.  She shared a room with Michael?
8      A.  An office, yeah.
9      Q.  Okay.  And then you'd have your own office or
10  did you share your office?
11     A.  Mine was shared because I had maybe like five
12  desks total.
13     Q.  Okay.
14     A.  Five or six desks total.
15     Q.  And with who did you share your office?
16     A.  With Mike.
17     Q.  With Mike and Marsha?
18     A.  No, Mike was my partner, Marsha was just the
19  back office.
20     Q.  I'm confused.  Who sat in the same room as
21  Marsha?
22     A.  Her and Mike were in the same room.
23     Q.  Okay.  So Mike had a desk in Marsha's office,
24  is that right?
25     A.  She had an office together.

Page 48

1      Q.  Okay.  Did Mike have a desk in there?  Yes?
2      A.  Yes.
3      Q.  All right.  And then in your office -- was a
4  separate room, right?
5      A.  Yes.
6      Q.  Did Michael have another desk in your office?
7      A.  No.
8      Q.  Okay.  So, who were the other people who were
9  in your office?
10     A.  Oh, those were other agents.
11     Q.  Okay.  Who were they?  What are their names?
12     A.  Oh, I don't know.
13     MR. ADAR:  Objection, asked and answered.
14  BY MR. BURKE:
15     Q.  You don't remember the people that were in
16  your office?
17     A.  They were other agents, they weren't part of
18  my agency.  I didn't talk to them.
19     Q.  You don't even remember their first names?
20     A.  No, I don't.  Like I said, I didn't
21  communicate with them.
22     Q.  How many people were in that office?
23     A.  Oh, I don't know.  You want me to guess?
24     Q.  Was your desk in a big room or a small room?
25     A.  It was a medium size room.

Page 49

1      Q.  All right.
2      A.  Maybe 50 desks -- I mean, you asked me before
3  this question, I told you it was maybe 50.
4      Q.  Okay.  Great.  So is it accurate to say that
5  at the HAA office in Fort Lauderdale, there were two
6  rooms one big room and one small office, is that right?
7      A.  Yes, that's right.
8      Q.  And so the small office was Mr. Smith and
9  Marsha, is that right?
10     A.  Yes.
11     Q.  Anyone else in the small office?
12     A.  Not that I recall.
13     Q.  Okay.  And then in the big room was you,
14  right?
15     A.  Was me, my agents.  There was other agents
16  there that had nothing to do with us.
17     Q.  Right.
18     A.  There was customer service.
19     Q.  Okay.
20     A.  So.
21     Q.  Are you aware of any other physical locations
22  for HAA, other than that Fort Lauderdale location?
23     A.  I'm not aware of that.
24     Q.  Okay.
25     MR. BURKE:  Let's take a break.



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

50..53

Page 50

1      (Thereupon, a break was taken, after which the
2      proceeding continued as follows:)
3      MR. BURKE:  Okay.  Let's go on.
4  BY MR. BURKE:
5      Q.  So earlier today we talked about stuff that
6  was quoted through the HII portal and I'm going to try
7  to ask some better questions about that.
8      A.  Okay.
9      Q.  Okay.  So as I understand it, there were
10  insurance policies that were quoted through different
11  carriers --
12      A.  Correct.
13      Q.  -- on the HII portal, that is right?
14      A.  Yes.
15      Q.  What were the different carriers that were
16  being quoted through the HII portal?
17      A.  You had Chubb, C-H-U-B-B, which is Federal
18  Insurance Company.
19      Q.  Okay.
20      A.  LifeShield National Insurance Company.
21      Q.  Okay.
22      A.  There was one more.  There's a third one, I
23  just can't remember the name of it.
24      Q.  It wasn't Unified Life?
25      A.  No.

Page 51

1      Q.  Okay.  America something or other?
2      A.  What the heck was the name.  It was like, I
3  want to say America Life Medical Insurance Company, but
4  that wasn't it.
5      MR. OORBEEK:  Can I just clarify, the answer
6  was no on Unified Life?
7      THE WITNESS:  No.
8      MR. OORBEEK:  Just want to make sure I got
9  that right.  No.  Okay.
10      THE WITNESS:  I can't remember what the name
11  of the third one was.
12  BY MR. BURKE:
13      Q.  Okay.  So, the two you could remember were
14  Chubb and LifeShield, right?  And you're trying to
15  remember a third.  Were there ever any others or were
16  there just three that you saw on HII's portal, as far as
17  carriers?
18      A.  I mean, there could be other carriers, I just
19  remember the plan names, is the problem.
20      Q.  Tell me the plan names.
21      A.  I have Vitalacare, Consolicare, Health Choice
22  Plus.  I think there might have been an Everest and, of
23  course, LifeShield National, but that's just the name of
24  the plan and the company.
25      Q.  So, let's talk about Chubb for a minute.  What

Page 52

1  type of insurance was quoted for Chubb?
2      A.  Limited Medical Insurance.
3      Q.  Is that the same thing as accidental death and
4  dismemberment?
5      A.  No, it's separate.  The accidental death and
6  dismemberment was the Freedom Spirit Plus.
7      Q.  Was the Freedom Spirit Plus an add on?
8      A.  Yes.
9      Q.  Okay.  What about LifeShield, what kind of
10  insurance coverage was offered on the main quote page as
11  to LifeShield?
12      A.  It was a limited medical.
13      Q.  Is that like TrumpCare, basically?
14      A.  I don't know what that is.
15      Q.  Is that like a 12 month policy?
16      A.  No, limited medical is just ongoing as long as
17  they pay the monthly premium they have the insurance.
18  It's long term, I guess.
19      Q.  Why is it called limited medical?
20      A.  Because the benefits are limited like the
21  amount of visits, the amount of benefit they pay are
22  limited.
23      Q.  Okay.  And the third carrier that you can't
24  remember, was that also limited medical or was that
25  something different?

Page 53

1      A.  Yes, it was limited medical also.
2      Q.  And what was the name of the program that was
3  offered through that third one, was it Vitalacare,
4  Consolicare?
5      A.  I think it was the Health Choice Plus was the
6  third company, I can't think of --
7      Q.  Was the Health Choice Plus offered through
8  United Healthcare?
9      A.  No.
10      Q.  Okay.  Was it offered through Agile Health
11  Insurance?
12      A.  No.
13      Q.  So when I Google Health Choice Plus it comes
14  up under Agile Health Insurance, America Financial
15  Security?
16      A.  That's it.
17      Q.  All right.  Are you aware of any relationship
18  between Agile Health Insurance and America Financial
19  Security?
20      A.  No, that's the first time I've heard of that
21  name, Agile, first time I've heard of it.
22      Q.  Okay.  So, is it accurate to say that the
23  three carriers that were the primary quoted carriers
24  through the HII portal during live transfer calls were
25  Chubb, LifeShield, and America Financial Security?



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

54..57

Page 54

1    A.   Those were the three, yes.
2    Q.   And then let's talk about adds on for a few
3  minutes.
4    A.   Okay.
5    Q.   Can you tell me what add ons you can remember?
6  I think that we talked about a couple.  We talked about
7  Chubb, accidental death and dismemberment, right?
8    A.   Right.  FSP.
9    Q.   Okay.  What is FSP?
10    A.   It's abbreviated for freedom Spirit Plus.
11    Q.   Okay.  What other add ons do you remember?
12    A.   U.S. plus Dental.  The RX card, which was -- I
13  can't remember the exact name.  It was RX something, it
14  was something after that, I can't recall the name.
15    Q.   Okay.
16    A.   There's also, they had Critical Illness.
17    Q.   What is Critical Illness?
18    A.   Basically what it does is if you have cancer,
19  heart attack, stroke, it pays out a certain amount to
20  you directly, it could be $10,000, $20,000, so on and so
21  forth.
22    Q.   Sort of like a disability type of coverage?
23    A.   Yes, like any critical illness that you have,
24  it pays out and you can use it for what you need it for.
25    Q.   What about sort of like doctor visit discount

Page 55

1  card, was that something you remember as part of the add
2  ons?
3    A.   No, I mean they had, they had, I don't know if
4  the RX card -- no the RX card paid out copay, I think.
5  What they had for doctor's visit was $50 towards each
6  office visit.  So it paid out $50 toward each office
7  visit.
8    Q.   Towards your copay or something?
9    A.   Well, towards the office visit claim, let's
10  say the bill is $200, they'll pay $50 of it.
11    Q.   And which company offered that?
12    A.   All three of them did.
13    Q.   Okay.
14    A.   Cause you have a Consolicare, Vitalacare and
15  Healthcare Plus, they're virtually identical, but just
16  in different states.
17    Q.   And so when you, when you received an inbound
18  call, a live transfer from a lead generator and you look
19  at the HII portal and you put in the birthdate and the
20  ZIP code and the smoker information, did you always get
21  the quote for those three carriers, Chubb, LifeShield
22  and America Financial?
23    A.   Well, I mean what we did first is depending on
24  the state we were in, we would shop all the carriers
25  that we offer, not just, you know, the third party HII.

Page 56

1  So it just really depended if that's what felt and
2  suited them or if it was affordability, then we would go
3  to that.  But, you know, we try to really offer the best
4  plan for them in that state, so.  But I mean, let's say
5  in a particular state you may not have all three there,
6  you may just have one of them there.  So it just depends
7  on which state it was.
8    Q.   Okay.  So, do you remember for Illinois what
9  carriers were quoted?
10    A.   That's a good question.  I don't recall
11  exactly, but I mean, you know, any one of the carriers
12  that we offer could have been there.
13    Q.   Through HII I'm talking about.
14    A.   Through HII, it could have been Healthcare
15  Plus or Vitalacare, maybe Consolicare, I'm not really
16  sure the answer to that.
17    Q.   Who would know the answer to that, HII?
18    A.   I mean HII would know.  I mean, I could tell
19  you if I was able to log in and just check, but I can't
20  do that anymore, so, yeah, HII would probably know.
21    Q.   So if your log in was made active then you
22  think probably you could show me what the -- what it all
23  looked like and what the carriers were?
24    A.   If it's still available, I mean, things always
25  change, so.

Page 57

1    MR. ADAR:  Can we go off the records for just
2  one second?
3    (Thereupon, a discussion off the record was
4  had.)
5    MR. BURKE:  Let's go back on.
6  BY MR. BURKE:
7    Q.   So off the record we had the discussion about
8  carriers versus administrators.
9    A.   Okay.
10    Q.   And I think it's a good idea to sort of
11  clarify what we're talking about here when we use those
12  terms.
13       So an insurance carrier is an insurance
14  company like Chubb, LifeShield or America Financial
15  Security, that is your understanding?
16    A.   They're the entity that pays the claim.
17    Q.   Okay.  Sort of like the underline?
18    A.   They're the ones that were paying the claim
19  that come in.
20    Q.   Okay.  And they're the ones that write the
21  policies too, right?
22    A.   Correct.
23    Q.   All right.  So let's refer to those guys as
24  carriers today.
25    A.   Okay.



BRICKELL KEY
COURT REPORTING
WWW.BRICKELLCOURTREPORTING.COM
305.407.9993

Page 58

1    Q.  Okay.  Any company that writes policies or
2  pays the claims, okay.
3    A.  Okay.
4    Q.  And then administrators are something
5  different, right?
6    A.  Correct.
7    Q.  What's an administrator in your eyes?
8    A.  Administrator would be somebody who I would
9  say they handled, maybe helping with packaging, maybe
10 they're helping with, I would say -- I mean, a third
11 party administrator in my eyes is just someone who has
12 different insurance carriers on their portal and, you
13 know, they're just offering, I don't know if they're
14 offering help to the insurance carrier -- I really don't
15 know what their role is 100 percent, but in my eyes
16 maybe it's just making packaging up for the insurance
17 carriers, sending it out, maybe doing some customer
18 service for them.
19   Q.  So when you say packaging you mean?
20   A.  Card or the insurance policy, I don't know.
21 Maybe like the pamphlets that come out to them.
22   Q.  And then they offer you guys the portal,
23 right?
24   A.  HII, is that what you're asking me?
25   Q.  Yes.  Glad you asked for clarification.  So,

Page 59

1  HII is an administrator, isn't it?
2    A.  Third party administrator, yes.
3    Q.  Okay.  And what were HII's duties as third
4  party administrator for Duffie Insurance, what did they
5  do for you guys?
6    A.  They provided us with the portal to offer
7  different insurance carriers, products.
8    Q.  Did they provide you with the quotes from
9  those insurance carriers?
10   A.  On their portal?
11   Q.  Yes.
12   A.  That's where the quotes came from, that's
13 correct.
14   Q.  And HII also provided the quotes for the add
15 on services, is that right?
16   A.  On their portal, it was also there as well.
17   Q.  Okay.
18   A.  There was other add on products for carriers
19 and other third party administrators that we also used
20 as well.
21   Q.  And HII knew the state in which the consumer
22 that was being quoted lived when it provided the quotes
23 for insurance, right?  Because it had the ZIP code.
24   A.  Correct, so when you put in the ZIP code it's
25 going to bring up the quote for that state, specific.

Page 60

1    Q.  Okay.  Were there any state that HII just like
2  wouldn't quote?
3    A.  Yes.
4    Q.  What were those states?
5    A.  That's a good question.
6    Q.  The ones you remember.
7    A.  New Jersey, New York.
8    Q.  Okay.  Do you have any idea why?
9    A.  I don't.
10   Q.  Okay.  Were there certain states that Duffie
11 or HAA sort of focused on for, you know, for their
12 leads?
13   A.  Yes.
14   Q.  What were the states?
15   A.  All 50.
16   Q.  Okay.  Any states that you focused on as to
17 the HII?
18   A.  No, it was just any carrier because we offer
19 several of the carriers.
20   Q.  Okay.
21   A.  So, more states, more money.
22   Q.  Yeah.
23   A.  That's the way we basically work.  I'm not
24 trying to be smart.
25   Q.  No.

Page 61

1    A.  Just telling you the truth.
2    Q.  Did you ever feel -- I'll start that over.
3        What was the purpose of having an add on as
4  part of this quote process?
5    A.  The purpose for us to offer add on products
6  was to make more commission and also provide a service
7  for the client that would be useful to them.
8    Q.  Right.  Were there ever any suggestions from
9  HII to you, you know, push this add on or not push that add
10 on?
11   A.  No.
12   Q.  They just had their list of add ons that was
13 part of the quote?
14   A.  They just offered several different add ons
15 and it was up to you to offer the client, you know, and
16 see what would suit their need best.  But, you know, the
17 more add ons the insurance carrier or a third party
18 administrator can help you with is going to benefit your
19 portfolio.
20   Q.  Did it ever happen that you put in someone's
21 initial information and then HII would just said, no,
22 we're not going to quote that, other than, you know, by
23 state, other than New Jersey and New York?
24   A.  Can you rephrase the question?
25   Q.  I'm just wondering if HII ever, you know,

MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

62..65

Page 62

1  declined to quote insurance for any reason that you know
2  of.
3      A.  Decline like, can you be more specific in what
4  you're saying, like give me an example?
5      Q.  Maybe I'm asking a silly question, but you get
6  the live transfer, person says, all right, here's my
7  ZIP, here's my date of birth, I'm a nonsmoker and you
8  punch it into the HII portal, I guess usually what it
9  would do is spit out back some quotes, right?
10     A.  If it's available for that state, but you
11  would know right away because they have the list of
12  states that they're available.
13     Q.  Okay.  Tell me when you log into the HII
14  portal, what does it look like?
15     A.  User name, password, log in, boom there you
16  go.
17     Q.  And then, you know, when you're navigating the
18  website what do you see, I mean, what are the different
19  tabs you can click on?
20     A.  You know, it's like benefit details.  So let's
21  say, let's say, you know, you want to start with Health
22  Choice, let's say for instance you want to see if it's
23  available in that state.  You know it will have all the
24  tabs there, benefit details explaining about how each
25  plan that's offered in that state, what it covers.  So

Page 63

1  it'll have tabs like that.
2          And we explain about the RX and the add on
3  benefits like the accidental death and dismemberment, so
4  they have a few tabs that would explain that detail
5  information.  And there was probably other tabs there
6  that explained more, but I just didn't get into all of
7  them.  I just tried to focus on the ones that are
8  important to us at the time.
9      Q.  Did it ever happen that maybe a consumer would
10  get quoted through the HII portal and then they get
11  another lead call and they talk to Duffie Insurance and
12  they say, hey, listen, I got this quote two months ago
13  for $300 a month, you know, can you guys match that?
14     A.  I mean, the problem is the insurance carriers
15  are the ones who set the quotes.
16     Q.  Yeah.
17     A.  So if the quote changes, which they always do
18  because they go by the mortality, the morbidity rate of
19  the ZIP code that you live in, so if that changes, their
20  quotes are going to change.  Now, in order for you to
21  get that price back down, you're going to have to strip
22  away benefits from the policy or you're going to have to
23  go with another carrier that doesn't offer as much.  So,
24  you know, it depends, it really depends on what's going
25  on at the time.

Page 64

1      Q.  Could you strip benefits from the policy
2  through the HII portal?
3      A.  No, you would actually have to go with a lower
4  policy that had less benefits already added into it.  So
5  it might have less doctor visits, it might pay out less
6  per day in the hospital.  And that's how you would get
7  the rate down.
8      Q.  So it is accurate to say that when HII, as a
9  third party administration, quoted insurance policies
10  through carriers it was sort of like take it or leave
11  it, as least as to HII?
12     A.  Unfortunately, that's how long term insurance
13  companies are, either take it or leave it.
14     Q.  Okay.  But as far as your interactions with
15  the third party administrator, HII, was that also take
16  it or leave it?
17     A.  I mean, HII doesn't really control by the same
18  insurance company who do.
19     Q.  Okay.  Given the interaction on the portal, is
20  it accurate to say that there was no way to sort of a la
21  carte create your own policy, is that correct?
22     A.  Yeah, you can't.  There's set policies, you
23  know, the only way to do it with any insurance carrier
24  is by manipulating the benefits, you're either going to
25  take less or you're going to add more and that's going

Page 65

1  to change the quote.
2      Q.  Shifting gears for a minutes, what is
3  happyhealthplan.com?
4      A.  I don't know what that is.
5      Q.  You didn't have a website
6  happyhealthplans.com, or happyhealthplan?
7      A.  I don't recall anything like that.
8      Q.  Did Duffie Insurance have a website?
9      A.  No, we didn't have a website.
10     Q.  Did HAA have a website?
11     A.  Not that I recall.
12     Q.  Was life insurance sometimes quoted through
13  HII as an add on?
14     A.  It's an accidental death and dismemberment,
15  but it's also, you know, a life insurance if you pass
16  away due to an accident, you get paid out.
17     Q.  I see.  So to your recollection, what was the
18  accidental death and dismemberment that was offered
19  through HII, was it just the Chubb?
20     A.  Yes, Federal Insurance Company, Chubb.
21     Q.  And so to your recollection that's the only
22  type of life insurance that was available through HII,
23  at least that you remember?
24     A.  My recollection is, yes, that's correct.
25     Q.  Okay.  So if a consumer did get two lead calls



BRICKELL KEY
COURT REPORTING
WWW.BRICKELLCOURTREPORTING.COM
305.407.9993

MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

66..69

Page 66

1 or three, were you able to see that on the dialer
2 interface?
3      A.   No, we would never know.  I mean,
4 unfortunately these lead vendors probably resold that
5 lead who knows how many times.
6      Q.   Right.
7      A.   It's just my assumption.  How else would they
8 get calls so many times.
9      Q.   Yeah.  So on your dialer interface there was
10 no way to look and see that a particular phone number
11 got a call three weeks ago, that you know of at least?
12      A.   That I know of, no, just it's coming from the
13 lead vendors.
14           (Thereupon, Exhibit B was for the record.)
15 BY MR. BURKE:
16      Q.   So I've handed you what's been marked as
17 Exhibit B, does anything on this document refresh your
18 recollection as to the dialer system that was used?
19      A.   I mean this is part of the system that I never
20 saw.
21      Q.   How about in the upper left-hand corner, says
22 VICIdial, so you see that?
23      A.   Yes.
24      Q.   Is it possible that that's the logo for the
25 dialer system you guys were using?

Page 67

1      A.   Yes, it's possible.
2      Q.   Does it look familiar?
3      A.   It does look familiar.
4      Q.   Okay.  Do you think that's the dialer system?
5      A.   That's definitely the logo, yes.
6      Q.   Okay.  And at the top of this document, it
7 says, administration: DIDs and I asked you earlier today
8 about the DIDs.
9      A.   Yes, you did.
10      Q.   If a DID is sort of like a caller I.D. for
11 internal transfers?
12      A.   Is that what it is?
13      Q.   Yeah.
14           MR. ADAR:  Let him finish.
15           THE WITNESS:  Okay.
16 BY MR. BURKE:
17      Q.   I don't want to like sort of define it because
18 I'm not a telecom guy.
19      A.   Okay.
20      Q.   But that's sort of how I understand it and
21 it's been explained to me.
22      A.   Okay.
23      Q.   Does that refresh your recollection as to how
24 HAA or Duffie Insurance kept track of leads that were
25 incoming from one place or another?

Page 68

1      A.   I really don't know.
2      Q.   Okay.
3           (Thereupon, Exhibit C was marked for the
4           record.)
5 BY MR. BURKE:
6      Q.   Directing your attention to Exhibit C, this is
7 a compilation of documents.  Does seeing Amy Brady's
8 name here refresh your recollection as to whether you
9 ever communicated with Ms. Brady?
10      A.   No.
11      Q.   Okay.  And I do see Marsha Griffin here, do
12 you recognize her e-mail address as the person that we
13 were talking about earlier today?
14      A.   Marsha Griffin that's her name.  I mean, her
15 e-mail I don't recall, but I mean it looks like it's
16 hers, it's next to her name.
17      Q.   Okay.  I see Scott Shapiro is also copied on
18 this, do you know Scott Shapiro?
19      A.   Yes.
20      Q.   Who's Scott Shapiro?
21      A.   He's a gentleman that helped us get better
22 contracts, higher contracts through the insurance
23 carriers.
24      Q.   Through the carriers or the administrators?
25      A.   Well, some are through carriers directly and

Page 69

1 some are through administrators.
2      Q.   Did Mr. Shapiro help you with HII?
3      A.   I don't recall exactly which ones he did
4 because he did it with me and Mike, but I know he did
5 help us with a lot of them, if not all of them, because
6 he could get me a better commission than I would myself
7 be able to get.
8      Q.   Do you have any idea how he did that?
9      A.   I don't know exactly because if I did I'd
10 probably just do it myself.
11      Q.   Yeah.  Yeah.  I think we talked about him
12 earlier, do you know a guy name Zach Cox?
13      A.   I recall him being one of the guys that I
14 think might have been in one of the other rooms.
15      Q.   Okay.  So he worked at HAA as well?
16      A.   Yes.
17      Q.   Was he part of Duffie Insurance?
18      A.   No.
19      Q.   Does he have his own insurance company, to
20 your knowledge?
21      A.   I don't recall exactly, but I know he was in
22 the offices there.
23      Q.   Okay.  Is there anyone else other than Marsha,
24 Michael and Zach who you remember that was sometimes at
25 the HAA office?



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

70..73

Page 70

1    A.   There was a heavier set dude, his name was
2 Andrew.
3    Q.   Okay.
4    A.   I think he had his own room.
5    Q.   Okay.
6    A.   I think he might have been partnered with
7 Mike.
8    Q.   I'm going to show you a document and let's not
9 mark it yet.  This is a compilation of documents that we
10 received pursuant to a subpoena.  Do you recognize any
11 of these, would you just flip through it.  Have you seen
12 any of these before?
13    A.   I mean, that's the name of the company, that I
14 couldn't remember.
15    Q.   America Financial.
16    A.   Yeah.
17    Q.   Okay.
18    A.   Health Choice Plus, yeah.  NCE was not in
19 front of it though when I had it on the portal, just
20 Health Choice Plus.
21    Q.   Do you recognize the NCE logo now that you see
22 it?
23    A.   I mean, maybe I recall seeing that flag.
24    Q.   Okay.
25    A.   I just never really noticed the NCE.  I know

Page 71

1 it wasn't in front of the portal like that, it's just
2 Health Choice Plus.
3    Q.   Okay.
4    A.   It didn't say anything on the screen it just
5 had this one AFSLIC there at the bottom.  And then it
6 had Chubb too cause Chubb had the add on there for the
7 FSP.  So it would have this logo and Chubb's logo and
8 the Health Choice Plus at the top.
9    Q.   Okay.
10    A.   And then these two logos at the bottom.
11    Q.   Okay.
12    A.   The Chubb and this one the AFSLIC.
13    Q.   Okay.  And on this document, which I think we
14 should make an exhibit, please.
15       (Thereupon, Exhibit D was marked for the
16       record.)
17 BY MR. BURKE:
18       MR. ADAR:  By the way, this is for the record,
19 will the court reporter keep the originals and make it
20 part of the record?
21       MR. BURKE:  Yes.
22 BY MR. BURKE:
23    Q.   I put page numbers on these and as I said it's
24 a compilation.  So, do you remember ever seeing in your
25 time at Duffie Insurance or HAA, ever seeing a brochure

Page 72

1 like the one at the beginning of this document, the NCE
2 Health Choice Plus?
3    A.   No, because we did everything electronically.
4    Q.   Okay.
5    A.   So I didn't even see anything like this.  And
6 on the portal it doesn't say NCE or Choice Plus.  Even
7 like one of the tabs is just like this, benefit
8 description tab.
9    Q.   Okay.
10    A.   But it didn't say NCE or Choice Plus, it just
11 says Health Choice Plus on top.
12    Q.   Okay.
13    A.   It doesn't even have this logo at the bottom,
14 it only has that one.
15    Q.   Okay.  We're looking at Duffie 2 of Exhibit D,
16 right?
17    A.   Okay.
18    Q.   And so you were motioning that you recognized
19 part of this page from the Heath Choice Plus.
20    A.   Portal, yeah.
21    Q.   Portal.  And then down through this matrix on
22 the page, is that right?
23    A.   Yeah, that's correct.
24    Q.   But you didn't see as part of your -- what HII
25 showed you, you weren't able to see the NCE portion of

Page 73

1 this, is that right?
2    A.   Not on the main page when you get in the quote
3 it doesn't have that, that I recall.
4    Q.   Okay.
5    A.   That I recall, I mean, it was a while ago, I
6 could be wrong.
7    Q.   But you remember the Health Choice Plus?
8    A.   Health Choice Plus, yeah.  And I remember that
9 insurance company's logo.
10    Q.   And you're pointing to the America Financial
11 logo, is that right?
12    A.   Yes, sir.
13    Q.   Okay.  And Health Choice Plus is with a plus
14 sign, right not the word?
15    A.   Yes, sir, correct.
16    Q.   And then going to Page 8 of Exhibit D.  This
17 begins sort of a string of similar documents that look
18 like they're sort of script for what to say during the
19 phone calls, have you ever seen any of these before or
20 anything like them?
21    A.   Looks like this is a recording for
22 verification.
23    Q.   Okay.  Did Duffie Insurance do verifications?
24
25    A.   No, we had -- that was part of the service



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019                                              74..77

Page 74

1  that Mike provided for me.
2      Q.  Okay.  So HAA?
3      A.  HAA.
4      Q.  Okay.  HAA did the verification, is that
5  right?
6      A.  HAA did, yes.  Because I was partnered with
7  Mike because he helped me with support like that,
8  consumer service and the desks and the rent and
9  everything was part of that.
10     Q.  Got it.  Do you have any idea who wrote up
11 these verification scripts?
12     A.  I don't know.
13     Q.  No.
14         MR. ABRAHAMY:  Just so we have a clear record,
15 the document you have, is this a composite of different
16 documents or is this NCE Health Choice Duffie 1,
17 everything included is part of the same document?
18         MR. BURKE:  No, I tried to make that clear
19 twice.  This is a compilation of different documents.
20 Exhibit D is a composite.
21         MR. ABRAHAMY:  Okay.
22 BY MR. BURKE:
23     Q.  How about if you go to Page 157, entitled
24 Quick Hitters, do you recognize this at all?
25     A.  No, I don't.

Page 75

1      Q.  Okay.  How about 159, where it talks about
2  Health Choice Plus, do you recognize this at all?
3      A.  No, I don't.  This looks like something maybe
4  verified would read, maybe.
5      Q.  Okay.  So just to get clear what happens with
6  the verification, I think your testimony earlier was
7  that the lead gen makes the outbound call, they transfer
8  it to HAA, HAA routes it to Duffie, right?
9      A.  Correct.
10     Q.  And then Duffie will make a quote through a
11 third party administrator including HII, right?
12     A.  Correct, or sometimes the insurance company
13 directly.
14     Q.  Okay.  And if the quote goes through HII, it
15 will be one of those three insurance companies we talked
16 about before, carriers, right?
17     A.  Yes, because that's the one I was appointed
18 with.
19     Q.  Right.  So, it would either be Chubb,
20 LifeShield or American Financial Security, right?
21     A.  Yes.
22     Q.  And then if the person is interested, then is
23 it accurate that Duffie would take the remainder of
24 their personal information, is that right?
25     A.  If they're interested in signing up, yes,

Page 76

1  that's correct.
2      Q.  All right.  So that all happens on the phone,
3  correct?
4      A.  Yes, sir.
5      Q.  And then at what point does it go to a
6  verification?
7      A.  When I'm done with the application I would
8  just send it over to verification so that he can send
9  the link for them to sign off.
10     Q.  And so is that a call transfer?
11     A.  Internally, yes.
12     Q.  Okay.  And were -- the verification folks were
13 there, right there in the same room in Fort Lauderdale?
14     A.  Yes.
15     Q.  Okay.  Do you know how many there were,
16 roughly?  Five?  Fifty?
17     A.  Five, maybe five to seven.
18     Q.  Okay.  And the verification department was
19 provided by HAA, is that right?
20     A.  HAA, yes.
21     Q.  Is it your understanding that if the person,
22 if the consumer goes through the verification that then,
23 what happens at the end -- what's your understanding of
24 what happens at the end of the verification process as
25 to an HAA quote?

Page 77

1      A.  Well, the client is seeing everything in
2  realtime.
3      Q.  Okay.
4      A.  So they have to review everything, agree to
5  it, sign off on it and submit it.
6      Q.  And the way that the client or the consumer is
7  able to see everything in realtime is because they get a
8  e-mail from my benefits keeper, is that right?
9      A.  They get an e-mail from the portal.
10     Q.  Okay.
11     A.  I don't know exactly what it says, but --
12     Q.  They get an E-mail.
13     A.  Yes.
14     Q.  While they're on the phone with the
15 verification folks, is that right?
16     A.  That's correct.
17     Q.  And then they click on the e-mail and it shows
18 them sort of some of the fine print, is that right?
19     A.  I don't know exactly what it says because I
20 don't do the verifications.
21     Q.  Okay.
22     A.  But you know they would get an e-mail where
23 they would see the benefits, the explanation of
24 benefits.  The details of, you know, the policy and
25 terms and conditions and they have to check each box,



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019                                              78..81

Page 78

1  type in their name and attach their name to each box and
2  then submit it.
3     Q.  And is it your understanding that that whole
4  thing happens through HII?
5     A.  It happens through that portal, whoever is in
6  control of that portal.
7     Q.  Okay.  So it might be HII?
8     A.  I mean, I would assume, but I mean, it's going
9  through their portal, through HII that's where it's
10  coming through.
11    Q.  Okay.  And then say everything works out and
12  the consumer buys the coverage, they sign the document,
13  after that happens what was Duffie Insurance Company's
14  role with respect to the consumer?
15    A.  Well, if they needed customer service, you
16  know, they can call back in to HAA for the customer
17  service.  If they wanted to speak to me directly I would
18  get on the phone and talk to the customer directly to
19  make sure they were happy.
20    Q.  And so those inbound calls, do those also come
21  in through the dialer?
22    A.  The inbound calls --
23    Q.  Yeah.
24    A.  -- would come through the dialer, yes.
25    Q.  Okay.  So really the dialer sort of kept track

Page 79

1  of all the transfer calls, all the inbound calls, all
2  the outbound calls, is that right?
3     A.  I really don't know.  I would assume it would,
4  but I'm just speculating so I'm not sure because I
5  wasn't in control of that.
6     Q.  As far as you knew, was the dialer --
7     A.  I know they came in through the dialer.
8     Q.  Okay.
9     A.  I'm assuming that I'm sure they had technology
10  of it recorded, but I don't know.  I'm speculating on
11  that to be honest with you.
12    Q.  Okay.  Have you ever heard of Med-Sense, was
13  it maybe one of the add ons that was available?
14    A.  Med-Sense.
15    Q.  I'm looking at Duffie 35 on Exhibit D.
16    A.  That looks like something with the Freedom
17  Spirit Plus, something to do with that.
18    Q.  Remind me of what Freedom Spirit Plus --
19    A.  Freedom Spirit Plus is the accidental death
20  and dismemberment.
21    Q.  Through Chubb?
22    A.  Through Chubb, yes.
23    Q.  Okay.
24       MR. BURKE:  All right.  Let's take another
25  break.  I'm almost done.

Page 80

1       (Thereupon, a break was taken.)
2       MR. BURKE:  Let's go back on.
3  BY MR. BURKE:
4     Q.  Okay.  So did Duff Insurance have a direct
5  relationship with HII?
6     A.  Yes.
7     Q.  So --
8     A.  It's me directly.
9     Q.  It was you directly?
10    A.  It wasn't the agency, it was me individually.
11    Q.  It was you individually.  And then was there a
12  relationship between HAA and HII as well?
13    A.  It was through me.  Mike was my partner, so.
14    Q.  Right.  So is it possible there was some sort
15  of contract or formal relationship also between HAA and
16  HII as far as you know?
17    A.  As far as I know, I wouldn't know about that,
18  but I know for me, me and him were involved with that
19  under my contract.
20    Q.  Okay.
21    A.  So he would take half of my profits.
22    Q.  Right.  How did HII make money?
23       MR. ABRAHAMY:  Object to the form.
24       THE WITNESS:  I really don't know.
25  BY MR. BURKE:

Page 81

1     Q.  Okay.  What was your general understanding of
2  how they made money?
3     A.  I would assume that they're taking something
4  off the top for being administrator maybe some charges
5  for administrative fees.
6     Q.  Okay.
7     A.  But I really don't know.  I'm speaking on
8  something I don't know about.
9     Q.  I'm just asking about -- I understand you
10  aren't totally sure, but like as you were working there,
11  what was your working understanding as to, you know, why
12  HII was involved.  I mean, they must be making money,
13  right?
14       MR. ABRAHAMY:  Object to the form.
15       THE WITNESS:  Yeah, they must be making money
16  somehow.
17  BY MR. BURKE:
18    Q.  Okay.  What was your understanding right or
19  wrong, what was your understanding as you worked there
20  as to how HII was making money?
21    A.  I mean, my understanding is I really didn't
22  concern myself honestly with that.  I was too busy
23  trying to make money on my own, but, you know, I'm sure
24  there's some reason they're in business to make money.
25    Q.  Yeah.



MARY BILEK vs NATIONAL CONGRESS OF EMPLOYERS
Sean Duffie - October 3, 2019

82..85

Page 82

1    A.   I just don't know how they went about doing
2  it.
3    Q.   Okay.  All right.  That's all I have.
4       MR. ABRAHAMY:  HII reserves?
5       MR. BURKE:  What does that mean?
6       MR. ABRAHAMY:  Reserves the right to depose
7  him later on.
8       MR. BURKE:  Oh, okay.
9       MR. MYSOREWALA:  NCE as well.  If we need to.
10      MR. ADAR:  I make no comment on such
11 reservation, but I take it that our deposition today is
12 concluded.
13      MR. BURKE:  I think so.
14      MR. ABRAHAMY:  NBBI/AccessOne is on the phone,
15 I don't know if they have anything.  I can step out and
16 call them real quick.
17      MR. BURKE:  Let's go off the record.
18      (Thereupon, an off the record discussion was
19      had.)
20      MR. BURKE:  Back on.
21      MR. ADAR:  Off the record counsel for
22 NBBI/AccessOne said that they had no questions, but like
23 NCE and HII have articulated a reservation.  And there
24 was for Unified Life they said they had no questions.
25 And Mr. Burke said he had one more question.

Page 83

1  BY MR. BURKE:
2    Q.   I have one more question I think I omitted
3  this.  Have you ever heard of AccessOne?
4    A.   I've never heard of it before.
5       MR. BURKE:  Okay.  That's it.
6       MR. ADAR:  Thank you, everyone.
7       MR. BURKE:  Thank you.
8       (Thereupon, the deposition was concluded at or
9       about 11:50 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 84

1              CERTIFICATE OF OATH
2
3  STATE OF STATE      )
4                      )
5  COUNTY OF DADE      )
6
7       I, ALEIDA VAZQUEZ, a Notary Public in and for the
8  State of Florida at Large,
9       DO HEREBY CERTIFY that SEAN DUFFIE, personally
10 appeared before me and was duly sworn by me for the
11 purpose of giving testimony in the matter of MARY BILEK,
12 individually and on behalf of others similarly situated
13 vs. NATIONAL CONGRESS OF EMPLOYERS, INC., NATIONAL
14 BENEFIT BUILDERS, INC., ACCESSONE CONSUMER HEALTH, INC.,
15 UNIFIED LIFE INSURANCE COMPANY, HEALTH INSURANCE
16 INNOVATIONS, INC. And DOES 1-10, CASE Number
17 1:18-cv-03083.
18      WITNESS my hand and official seal, this 3rd day of
19 October, 2019.
20
21           *Aleida Vazquez*
22      _____
23           ALEIDA VAZQUEZ, Court Reporter
             Notary Public - State of Florida
             Commission #FF 974846
24           Expires - June 15, 2020
25

Page 85

1         CERTIFICATE WITH ACKNOWLEDGMENT
2
3  STATE OF FLORIDA    )
4                      )
5  COUNTY OF DADE      )
6
7       I, ALEIDA VAZQUEZ, a Notary Public in and for the
8  State of Florida at Large.
9       DO HEREBY CERTIFY that I was authorized to and did
10 stenographically report the foregoing proceeding at the
11 time and place therein designated and that the
12 transcript is a true and complete record of my
13 stenographic notes.
14      Dated this 15th, day of October, 2019.
15
16
17
18           *Aleida Vazquez*
19      _____
             Aleida Vazquez, Court Reporter
             Notary Public - State of Florida
20           Commission #FF 974846
             Expires - June 15, 2020
21
22
23
24
25

