**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARY BILEK, individually and on behalf of others similarly situated,<br>                Plaintiff,<br><br>v.<br><br>NATIONAL CONGRESS OF EMPLOYERS, INC. et al.,<br>                Defendants. | Case No. 1:18-cv-03083<br><br>Hon. Judge Charles R. Norgle, Sr.<br>Hon. Mag. Judge Jeffrey T. Gilbert |

## DECLARATION OF STACEY DRATCH

I, Stacey Dratch, hereby declare as follows:

1. I am an officer at Fextel Inc. ("Fextel"), a Florida corporation with a principal place of business in St. Petersburg, Florida. Fextel is a telephony solution provider. I am over the age of eighteen, have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Enrollment Center of America ("ECOA") was a Fextel customer from approximately June 2, 2017 through July 6, 2020, through which it had access to Fextel's VICIdial hosted contact center platform and associated services. An individual named Zach Cox identified himself as the owner of ECOA, although its primary credit card on file for purposes of making payments was from Michael Smith of Health Advisors of America, 8105 NW 111th Terrace, Parkland, Florida 33076. ECOA also had a secondary credit card on file from Duffy Insurance, 8140 NW 51st Place, Coral Springs, Florida 33067.

3. Plaintiff's counsel in this action issued three subpoenas to Fextel, dated August 20, 2018, May 7, 2019, and August 23, 2019, which generally sought data and records pertaining to ECOA and Messrs. Cox and Smith.

4. I oversaw the handling of Fextel's response to these subpoenas, to which Fextel did its best to provide full and complete responses. To that end, it made four main productions:

- Production No. 1:[1]
    - an output of the entire SQL database for ECOA's account as of approximately December 6, 2018, comprised of 339 tables
    - 3,491,444 ECOA call recordings from June 6, 2017 through December 4, 2018
    - call detail records for (623) 499-9004, (561) 240-0426, and Plaintiff's phone number

- Production No. 2:
    - an output of the entire SQL database for ECOA's account as of approximately May 31, 2019, comprised of 342 tables and a metadata output

- Production No. 3:
    - an output of the entire SQL database for ECOA's account as of approximately October 28, 2019, comprised of 343 tables and a metadata output
    - 6,948,822 ECOA call recordings from May 1, 2019 through October 25, 2019

- Production No. 4:
    - an output of the entire SQL database for ECOA's account as of approximately July 7, 2020, comprised of 387 tables and a metadata output
    - 10,475,136 ECOA call recordings from December 4, 2018 through May 1, 2019, and October 25, 2019 through July 3, 2020

5. Most of the tables produced by Fextel are self-explanatory or understandable by context, e.g., the "vicidial_list" table is the customer's lead list. A general description of some of Fextel's tables is available at http://vicidial.org/docs/LOG_TABLES.txt.

6. All of the materials produced by Fextel in this action were kept and maintained in the ordinary course of business, and created at or near the time of the occurrence of the matters they reflect.

---

[1] Fextel also made a preliminary, initial production comprised of Fextel's contract and identifying materials with ECOA, a printout of ECOA's payment methods, a list of ECOA's associated phone numbers, and call detail records for (623) 499-9004, (561) 240-0426, and Plaintiff's phone number.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2020.

_____
Stacey Dratch

3