**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:19-cv-60597-DPG

ROBERT HOSSFELD, individually
and on behalf of others similarly situated,

       *Plaintiff,*

v.

AM. FIN. SEC. LIFE INS. CO., et al.,

       *Defendants.*

_____/

**DECLARATION OF VERIZON CUSTODIAN OF RECORDS**

I, Tami Ware, declare as follows:

1. I am a Custodian of Records for Cellco Partnership d/b/a Verizon Wireless ("Verizon"). In that capacity, I have personal knowledge of the facts detailed herein, including the records and data of Verizon Wireless ("Verizon") produced in this action, based on my work at Verizon and review of its books and records. I could testify competently if called as a witness as to the contents of this Declaration.

2. In the normal course of its regularly conducted business, Verizon maintains account records for each of its customers including mobile telephone numbers ("MTNs") assigned to every account, account name, and address and usage including call history.

3. Verizon received a subpoena in this action from Plaintiff's counsel Burke Law Offices, LLC, dated October 6, 2022 (the "Subpoena"), which sought contact information of the associated subscribers/users, for a list of phone numbers for dates identified, which was provided with the Subpoena through a CSV file named "Schedule A." This is the same information sought in another matter in which Verizon was subpoenaed, *Bilek v. National Congress of Employers,*

*Inc.*, No. 1:18-cv-03083 (N.D. Ill.), in which the Court entered an order that "Plaintiff's counsel may produce to defense counsel and use Verizon's production in this matter and *Hossfeld v. Am. Fin. Sec. Life Ins. Co.*, No. 0:19-cv-60597 (S.D. Fla.)." *Bilek* Dkt. 454 p. 2.

4. Verizon searched for the Subpoena's requested information pertaining to the phone numbers on Schedule A for the dates identified. Verizon produced this information to Burke Law Offices, LLC on October 13, 2022, through a CSV file named "RELEASEDresults_21554493.csv".

5. Verizon's production included the following fields of information:

| Field | Explanation |
| --- | --- |
| Search MTN | This is the target phone number that Verizon searched for available subscriber and user information for the date identified in the "Search Start Date" and "Search End Date" fields. Each phone number and corresponding date was obtained from Schedule A to the Subpoena. |
| Search Start Date | Verizon searched for available subscriber and user information for the phone number in the "Search MTN" field as of this identified date. This date, and its corresponding phone number, was obtained from Schedule A to the Subpoena. |
| Search End Date | This is the same date as the Search Start Date. |
| Acct Owner Customer Id | This is Verizon's unique account owner identification number for the account associated with the particular phone number on the date identified. If no Acct Owner Customer Id was provided, then the phone number was not a Verizon phone number at that time. |
| Acct Owner Account Number | This is a series of unique digits assigned by Verizon to each wireless account established on behalf of a retail customer. |
| Acct Owner Last Name | This is the last name of the account owner for the account to which the phone number researched was assigned on the date identified. |
| Acct Owner First Name | This is the first name of the account owner for the account to which the phone number researched was assigned on the date identified. |
| Acct Owner Middle Name | This is the middle name of the account owner for the account to which the phone number researched was assigned phone number on the date identified, if |

2

| | |
|---|---|
| | available. |
| Acct Owner Business Name | Where applicable, this is the business name of the account owner for the account to which the phone number researched was assigned on the date identified, if available. |
| Acct Owner Addr | This is the address of the account owner for account to which the phone number researched was assigned on the date identified. |
| Acct Owner City | This is the city of the account owner for the account to which the phone number researched was assigned on the date identified. |
| Acct Owner State | This is the state of the account owner for the account to which the phone number researched was assigned on the date identified. |
| Acct Owner Zip Code | This is the ZIP code of the account owner for the account to which the phone number researched was assigned on the date identified. |
| Acct Owner Email | This is the email address of the account owner for the account to which the phone number researched was assigned on the date identified. |
| User Last Name | This is the last name of the user for the particular subject phone number, on the date identified, if available. |
| User First Name | This is the first name of the user for the particular subject phone number, on the date identified, if available. |
| User Middle Name | This is the middle name of the user for the particular subject phone number, on the date identified, if available. |
| MTN Effective Date | This is the first date the particular subject phone number became active on the account. |
| Type | This identifies the type of service the subject phone number was assigned on the date identified (i.e., "Postpaid" or "Prepaid"). |

6. All of the records Verizon produced to Burke Law Offices, LLC were made contemporaneously with the event to which it relates by or from information transmitted by someone with knowledge, and were kept in the course of Verizon's regularly conducted business activity. Making the records was a regular practice of that activity.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13th, 2022.

*Tami Ware*

Tami Ware,
Verizon Custodian of Records

## **Appended Data Sample**

## **Filed Under Seal Pursuant to L.R. 26.2**