IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) | Case No. 1:18-cv-03083 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL CONGRESS OF EMPLOYERS, INC. et al., | ) ) | Hon. Judge Charles R. Norgle, Sr. Hon. Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## **DECLARATION OF PATRICIA CAULDWELL**

I, Patricia Cauldwell, swear under penalty of perjury and declare as follows:

1. I am over the age of majority and suffer from no legal infirmities. Unless otherwise indicated, the statements made herein are based on my own personal knowledge.

2. I am a Director, Legal Affairs, for T-Mobile US, Inc. ("T-Mobile"), and have been employed by T-Mobile since 2008. As part of my role at T-Mobile, I work directly with T-Mobile's Legal and Emergency Response Team, which responds to all requests and demands for subscriber records and information.

3. T-Mobile offers services under the T-Mobile and MetroPCS brands. The T-Mobile brand offers both pre-paid and post-paid service. The MetroPCS brand offers only pre-paid service. T-Mobile's records also include the records of Sprint Corporation, which T-Mobile acquired in 2020.

4. T-Mobile collects certain personal information from subscribers in connection with its post-paid service, such as their name, address, and email address, the dates of service for the phone number as to such account, and the type of service.

5. T-Mobile does not require pre-paid customers to provide personal identification

information upon activation of a pre-paid account, although T-Mobile will maintain such information to the extent it is provided.

6. T-Mobile does not require subscribers to provide personal information regarding persons who may use a phone number. However, T-Mobile may maintain such information if provided by the subscriber.

7. T-Mobile does not maintain email information as part of its subscriber data. Subscribers may provide an email address in order to participate in certain online services. Maintenance of email addresses is at the discretion of the subscriber and may change as time passes.

8. Any personal information provided by a T-Mobile subscriber is stored and maintained for a maximum of seven years. Any personal information provided by a MetroPCS subscriber is stored and maintained for six months following termination of the account.

9. T-Mobile was served with a subpoena issued out of the above-captioned case, dated December 17, 2021 (the "Subpoena"). The Subpoena requested available contact information for the subscribers and users associated with 77,610 calls to 49,128 phone numbers, along with the dates of service for the phone number as to such person(s), and the type of service.

10. In addition, the Subpoena seeks deposition testimony regarding (1) the nature, extent, method, and means of storage or maintenance of telephone number subscriber/user information; (2) the ability and ways to identify the user(s) and subscriber(s) associated with phone numbers, including as a batch pull; (3) the ability and ways to identify users/subscribers for the phone numbers in Schedule A; and (4) the production for the Subpoena.

11. If a class is certified in this case, and if compelled by a subpoena, T-Mobile would search its post-paid account information and provide the subscriber name and address associated

with the phone numbers identified in the subpoena for the specific date that is provided for each phone number. T-Mobile will not produce any subscriber information without reasonable compensation for the time and resources it expends complying with the Subpoena. T-Mobile's provision of data would be conditioned on receipt of payment for the costs incurred by T-Mobile in responding to the Subpoena. For post-paid subscribers that reside in California, Pennsylvania, or Delaware, T-Mobile would object to the production of any information in the absence of a court order. Subject to a court order of production, T-Mobile would provide the same subscriber information described in this Paragraph for subscribers that reside in California, Pennsylvania, and Delaware.

12. T-Mobile would not search for or release any subscriber information associated with pre-paid accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022.

Patricia Cauldwell